B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Eastern District of North Carolina-Wilson Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Cape Fear Bank Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>FDBA Bank of Wilmington Corporation | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-3035898 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br><br>PO Box 97157<br>Raleigh, NC<br><br>ZIP Code 27624 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br><br>New Hanover | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cape Fear Bank Corporation |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)                (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cape Fear Bank Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Trawick H. Stubbs, Jr.
   Signature of Attorney for Debtor(s)

   Trawick H. Stubbs, Jr. 4221
   Printed Name of Attorney for Debtor(s)

   Stubbs & Perdue, P.A.
   Firm Name
   PO Box 1654
   New Bern, NC 28563

_____
Address

   252-633-2700
   Telephone Number
   June 23, 2009
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Ralph Strayhorn
   Signature of Authorized Individual
   Ralph Strayhorn
   Printed Name of Authorized Individual
   President and CEO
   Title of Authorized Individual
   June 23, 2009
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF CAPE FEAR BANK CORPORATION

"WHEREAS, the Board of Directors of Cape Fear Bank Corporation, a North Carolina corporation (the "Company"), has evaluated the Company's alternatives in connection with the winding down of its operations and has determined that the filing of a voluntary petition for relief (the "Petition ") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company;

"RESOLVED, that the Company shall be, and hereby is authorized to file a Petition for relief under Title 11 of the United States Bankruptcy Code, in the Eastern District of North Carolina (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

"FURTHER RESOLVED, that the chief executive officer, any independent contractors hired by the Company, or any other such person designated by the Company shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as deemed necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petition, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form;

"FURTHER RESOLVED, that the Company shall be, and is, authorized, directed and empowered to retain, on behalf of the Company the following professionals: (a) Stubbs & Perdue, P.A., as attorneys for the Company; (b) Gaeta & Eveson, P.A., as special counsel for the Company; (c) Dixon Hughes, PLLC, as accountants for the Company; and (d) such additional professionals or independent contractors, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, as may be necessary in connection with the Company's chapter 11 case and other related matters, on such terms as such officer or officers shall approve;

"FURTHER RESOLVED, that, the Chairman of the Board of Directors, or his designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute, acknowledge, deliver and verify any and all such agreements, certificates, instruments, amendments and other documents and to pay

all expenses, including filing fees, in each case as shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

"FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed, and approved; and

"FURTHER RESOLVED, that the Chairman of the Board of Directors is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Company or its legal counsel, a true copy of the foregoing resolutions."

_____
W. Lee Crouch, Jr.,
Chairman, Board of Directors

_____
June 9, 2009
Date

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation _____ ,    Case No. _____

Debtor    Chapter_____11_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___000-51513_____ .

2. The following financial data is the latest available information and refers to debtor's condition on ___4/20/09_____ .

   a. Total assets    $_____1,240,202.13

   b. Total debts (including debts listed in 2.c.,below)    $_____10,432,781.98

   c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $_____0.00 | _____0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | _____0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | _____0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | _____0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | _____0 |

   d. Number of shares of preferred stock    _____0    _____0

   e. Number of shares of common stock    3,841,785    _____0

   Comments, if any:
   Share of common stock outstanding at of 11/18/08

3. Brief description of debtor's business:
   bank holding company

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   The Banc Funds Company, LLC - 5.17%
   Maurice J. Koury - 8.82%
   River Oaks Capital, LLC - 8.93%
   Sandler O'Neill Asset Management, LLC - 7.18%

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation                                    Case No.    _____

                                    Debtor(s)            Chapter        11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BKWW Statutory Trust I<br>c/o Wilmington Trust Co<br>1100 North Market St<br>Wilmington, DE 19890-1600 | BKWW Statutory Trust I<br>c/o Wilmington Trust Co<br>1100 North Market St<br>Wilmington, DE 19890-1600 | Capital financing | | 10,310,000.00 |
| J. Cameron Coburn<br>c/o Michael C Lord, Atty<br>3200 Beachleaf Ct<br>Raleigh, NC 27604 | J. Cameron Coburn<br>c/o Michael C Lord, Atty<br>3200 Beachleaf Ct<br>Raleigh, NC 27604 | Statutory amount allowed by Section 502(b)(7) | Contingent | 250,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re    Cape Fear Bank Corporation                                    Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    June 23, 2009                          Signature    /s/ Ralph Strayhorn

                                                            Ralph Strayhorn
                                                            President and CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation

_____,
Debtor

Case No. _____

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 473,852.12 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 10,560,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 473,852.12 | | |
| Total Liabilities | | | | 10,560,000.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation                                              ,    Case No. _____
                                             Debtor

                                                                                   Chapter_____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

**B6A (Official Form 6A) (12/07)**

In re    Cape Fear Bank Corporation                                  ,    Case No. _____
                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| None | | | | |

| | | | |
| --- | --- | --- | --- |
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Cape Fear Bank Corporation    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Deposit account at First Federal Savings and Loan Association of Charleston | - | 466,541.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Legal Retainer - Gaeta & Eveson, P.A. Trust Account | - | 7,310.55 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | D&O SelectPlus Insurance Policy with Zurich Insurance Policy No. DOP 0001693 08 ($3 million limit) | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 473,852.12 |
|---|---|---|
|  | (Total of this page) |  |

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     Cape Fear Bank Corporation                                                ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Investment in statutory trust special purpose financing subsidiary (estimated book value is $310,000.00 - unlikely to be realized) | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Trust preferred dividend (estimate book value is $4,465.00 - unlikely to be realized) | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax sharing payment from Cape Fear Bank (estimated book value is $637,600.00 - unlikely to be realized) | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                          0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Cape Fear Bank Corporation                            ,    Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible Tax Refund | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >        473,852.12

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Cape Fear Bank Corporation                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Note: "Husband, Wife, Joint, or Community" appears as a sub-heading above the "H W J C" column.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    Cape Fear Bank Corporation                                              ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    0    </u>    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    Cape Fear Bank Corporation                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Creditor #: 1 BKWW Statutory Trust I c/o Wilmington Trust Co 1100 North Market St Wilmington, DE 19890-1600 | | - | Capital financing | | | | 10,310,000.00 |
| Account No. Creditor #: 2 J. Cameron Coburn c/o Michael C Lord, Atty 3200 Beachleaf Ct Raleigh, NC 27604 | X | - | Statutory amount allowed by Section 502(b)(7) | X | | | 250,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

|  | | | | | | Subtotal (Total of this page) | 10,560,000.00 |
|---|---|---|---|---|---|---|---|
| __0__ continuation sheets attached | | | | | | Total (Report on Summary of Schedules) | 10,560,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    S/N:26299-090618    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Cape Fear Bank Corporation                                    ,        Case No. _____
                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

**B6H (Official Form 6H) (12/07)**

.

In re    Cape Fear Bank Corporation                             ,    Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FDIC Receivor Cape Fear Bnk<br>Attn: Andrew Gilbert, Atty<br>3501 N Fairfax Dr VSE7124<br>Arlington, VA 22226 | J. Cameron Coburn<br>c/o Michael C Lord, Atty<br>3200 Beachleaf Ct<br>Raleigh, NC 27604 |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation                Case No. _____

                                      Debtor(s)        Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_14\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 23, 2009 _____       Signature    /s/ Ralph Strayhorn _____

                                                  Ralph Strayhorn
                                                  President and CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re   Cape Fear Bank Corporation      Case No. _____

                Debtor(s)     Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2009 YTD |
| $0.00 | 1/1/08 - 12/31/08 |
| $0.00 | 1/1/07 - 12/31/07 |

2

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $500,000.00 | 1/1/08 - 12/31/08 (Dividends from Cape Fear Bank) |

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| NC Dept of Revenue<br>Attn; Managing Agent<br>PO Box 25000<br>Raleigh, NC 27640 | 3/13/09 | $45,025.00 | $0.00 |
| Hogan & Hartson LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004 | 3/20/09 | $57,971.32 | $0.00 |
| Hogan & Hartson LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004 | 4/14/09 | $42,216.20 | $0.00 |
| Gaeta & Eveson, P.A.<br>8305 Falls of Neuse Road, Suite 203<br>Raleigh, NC 27615 | 4/16/09 | $25,000.00 | $0.00 |
| Community Bank Services<br>PO Box 19999<br>Raleigh, NC 27619-9916 | 5/7/09 | $30,005.00 | $0.00 |

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| FDIC and North Carolina Commissioner of Banks | 4/10/09 | 100% issued and outstanding common stock of Cape Fear Bank $29,631,994 (book value) |

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stubbs & Perdue, P.A.<br>PO Box 1654<br>New Bern, NC 28563-1654 | 6/18/09 | $26,039.00 |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 1117 Military Cutoff Road Wilmington, NC 28405 | | |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                DOCKET NUMBER                                STATUS OR DISPOSITION

### 18 . Nature, location and name of business

| None ■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

|  | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. |  |  | BEGINNING AND |
|---|---|---|---|---|
| NAME | (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | ENDING DATES |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

NAME                                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

| None ☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
|---|---|

NAME AND ADDRESS                                                                DATES SERVICES RENDERED
Betty Norris                                                                    All times during the two years preceding
                                                                               the filing of petition

Kirstin Wooddell                                                               All times during the two years preceding
                                                                               the filing of petition

Brenda Spooner                                                                 All times during the two years preceding
                                                                               filing the petition

7

None  ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Dixon Hughes PLLC | 1003 Red Banks Road<br>Greenville, NC 27858 | 2007 |

None  ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Betty Norris | |

None  ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Securities and Exchange Commission | 11/14/08 |
| NASDAQ | 11/14/08 |

### 20. Inventories

None  ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ralph N. Strayhorn | President/CEO/Director | 0.05% stock ownership |
| A. Mark Tyler | Chief Banking Officer | 0.23% stock ownership |
| Lynn M. Burney | Sr. Vice President/COO | 1.22% stock ownership |
| R. James MacLaren | Sr. Vice President | 0.64% stock ownership |
| Michelle L. Southerland | Vice President/Secretary | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Walter Lee Crouch, Jr. | Director/Chairman | 2.71% stock ownership |
| David G. Lucht | Director | Less than 0.01% stock ownership |
| James S. Mahan, III | Director | Less than 0.01% stock ownership |
| Becky Parker O'Daniell | Director | Less than 0.01% stock ownership |
| Scott C. Sullivan | Director | 0.03% stock ownership |
| Walter O. Winter | Director | 0.88% stock ownership |
| The Banc Funds Company, LLC<br>20 N Wacker Dr, Suite 3300<br>Chicago, IL 60606 | | 5.17% stock ownership |
| Maurice J. Koury<br>PO Box 850<br>Burlington, NC 27216 | | 8.82% stock ownership |
| River Oaks Capital, LLC<br>1905 E Wayzata Blvd Ste 140<br>Wayzata, MN 55391 | | 8.93% stock ownership |
| Sandler O'Neill Asset Mgmt, LLC<br>780 Third Ave, 5th Floor<br>New York, NY 10017 | | 7.18% stock ownership |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| J. Cameron Coburn | Director/CEO/Chairman/President | 9/19/08 |
| Windell Daniels | Director | April 2008 |
| Jerry D. Sellars | Director | August 2008 |
| Craig S. Relan | Director | December 2008 |
| Betty Norris | Sr. Vice President/Treasurer/CFO | 6/20/09 |

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ralph N. Strayhorn | Salary for May & June, 2009 | $16,000.00 |
| President/CEO/Director/Shareholder | | |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   June 23, 2009                          Signature    /s/ Ralph Strayhorn

                                                                                           Ralph Strayhorn
                                                                                           President and CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation                                ,    Case No. _____

                                              Debtor

                                                               Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack S Aardema & Margaret Aardema JT TEN PO Box 256 Wrightsville Beach, NC 28480 | Common | 515 | Shareholder |
| Bart S Adams Cust A Adams UTMA Box 1448 Dunn, NC 28335-1448 | Common | 1,549 | Shareholder |
| Bart S. Adams Cust K Adams UTMA Box 1448 Dunn, NC 28335-1448 | Common | 1,549 | Shareholder |
| Joseph A Albanese & Elisa M Albanese JT TEN 1111 Upper Reach Drive Wilmington, NC 28409 | Common | 137 | Shareholder |
| Joseph Albanese CUST Elisa M Albanese NC UTMA 1111 Upper Beach Drive Wilmington, NC 28409 | Common | 171 | Shareholder |
| Meldah L Alderton & Reginald R Alderton JT TEN 503 Macon Dr Wilmington, NC 28412 | Common | 171 | Shareholder |
| R C Allen & Belinda D Allen JT TEN PO Box 34 Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Henry S Allen Jr & Nancy B Allen JT TEN 3957 Five Points Rd Shelby, NC 28150 | Common | 342 | Shareholder |
| George L. Alsina & Judith V Alsina JT TEN 216 E Shorewood Circle Emerald Isle, NC 28594 | Common | 1,722 | Shareholder |

__55__ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                              ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William F Anderson & Hazeline E Anderson JT TEN 4216 Tillson Rd Wilmington, NC 28412 | Common | 861 | Shareholder |
| Marlon K Andrews & Melissa R Andrews JT TEN 3129 Breamar Ln Wilmington, NC 28409 | Common | 1,032 | Shareholder |
| Robert A Andrews Sr & Edna T Andrews JT TEN 4506 Holly Tree Road Wilmington, NC 28412 | Common | 171 | Shareholder |
| Stephen E Antinori 145 Virginia Lane Sneads Ferry, NC 28460 | Common | 861 | Shareholder |
| Lacy N Atkinson 247 Atkinson Loop Road Hampstead, NC 28443 | Common | 551 | Shareholder |
| Marvin E Autry 32 Oak Rd Hampstead, NC 28443 | Common | 861 | Shareholder |
| Gordon W. Bailey & Susanne P. Bailey JT TEN 2420 Lakeland Dr Sanford, NC 27330 | Common | 1,722 | Shareholder |
| James Bailey III 828 North Blvd Baton Rouge, LA 70821 | Common | 4,450 | Shareholder |
| Laura S. Bailey 828 North Blvd Baton Rouge, LA 70802 | Common | 4,450 | Shareholder |
| Carolyn A Baker 136 Caswell Beach Road Oak Island, NC 28465 | Common | 688 | Shareholder |
| Phillip Y Baker 116 Stokley Rd Wilmington, NC 28403 | Common | 137 | Shareholder |
| Howard P Baldwin & Jacqueline C Baldwin JT TEN 13058 Haynes Lennon Rd Evergreen, NC 28438 | Common | 411 | Shareholder |

Sheet    1    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eldridge R. Barefoot Sr & Sallie H Barefoot JT TEN 1445 Bethel Baptist Rd Spring Lake, NC 28390 | Common | 1,722 | Shareholder |
| Cory T Barnhill 745 Piney Woods Rd Burgaw, NC 28425 | Common | 6 | Shareholder |
| Michael Barri 217 Quilon Circle Wilmington, NC 28412 | Common | 171 | Shareholder |
| Gerald F Barto 334 Cherokee Trail Wilmington, NC 28409 | Common | 584 | Shareholder |
| Mary B Bastian TOD Billy J Bastian 610 Whittle Court Wilmington, NC 28411 | Common | 137 | Shareholder |
| Larry J. Batson & Linda G Batson JT TEN 338 Seamanor Drive Holly Ridge, NC 28445 | Common | 343 | Shareholder |
| Lois Batten CUST FBO Danielle M Kunkleman 220 Elm Street Whiteville, NC 28472 | Common | 163 | Shareholder |
| Eva R Battle CUST Jason R Battle NC UTMA 1520 Flushing Drive Wilmington, NC 28411 | Common | 171 | Shareholder |
| Leroy Beasley Jr & Sondra A Beasley JT TEN 5094 Edinboro Ln Wilmington, NC 28409 | Common | 2,296 | Shareholder |
| Janet D Bedsaul PO Box 92 Ladson, SC 29456 | Common | 773 | Shareholder |
| Charles E Bell 807 Rocky Mount Ave Carolina Beach, NC 28428 | Common | 171 | Shareholder |

Sheet    2    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                                    ,    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Neil C Bender II & Bridget H Bender JT TEN 119 Island Bridge Way Wilmington, NC 28412 | Common | 343 | Shareholder |
| Virginia Beury-Helms & Fleet V Helms JT TEN PO Box 985 Carolina Beach, NC 28428 | Common | 275 | Shareholder |
| Linda C Blackburn PO Box 2115 Surf City, NC 28445-9821 | Common | 171 | Shareholder |
| Isaac L Blaylock & Sally F Blaylock JT TEN 4209 Ashley Park Dr Wilmington, NC 28412 | Common | 861 | Shareholder |
| Philip E Bloedorn TTEE Philip Bloedorn REV TRST 2217 Ocean Point Dr Wilmington, NC 28405 | Common | 343 | Shareholder |
| A Preston Blue & Eunice C Blue JT TEN 621 Robert E Lee Drive Wilmington, NC 28412 | Common | 171 | Shareholder |
| Tony O Blue & Jacquel D Blue JT TEN 708 Burney St Wilmington, NC 28412 | Common | 137 | Shareholder |
| Nancy S Bolick 321 10th Ave NE #A-5 Conover, NC 28613-3610 | Common | 412 | Shareholder |
| Ronald S Bondulich & Helga M Bondulich JT TEN 1205 S Topsail Dr Surf City, NC 28445 | Common | 343 | Shareholder |
| Helga M Bondulich 1205 S Topsail Drive Surf City, NC 28445 | Common | 275 | Shareholder |
| Edmund B. Bookman Jr & Jane N. Bookman JT TEN 117 Trombay Dr Wilmington, NC 28412 | Common | 1,722 | Shareholder |

Sheet    3    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                                    ,        Case No. _____

                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Clarence Boone & Barbara Boone JT TEN 15 Christy St Norwalk, CT 06850 | Common | 3 | Shareholder |
| Deidre D Boone 300 Flaxhill Rd Unit 17 Norwalk, CT 06854 | Common | 3 | Shareholder |
| Lou Ida Boone PO Box 62 Hallsboro, NC 28442 | Common | 18 | Shareholder |
| France N Borer & William F Borer JT TEN 556 Osprey Drive Hampstead, NC 28443 | Common | 171 | Shareholder |
| Robert M Bowen & Judy W Bowen JT TEN 836 Page Mill Road Cerro Gordo, NC 28430 | Common | 171 | Shareholder |
| Janna M Bowen 87 Woodlief Acres Rd Elizabethtown, NC 28337 | Common | 171 | Shareholder |
| Herbert H Bowers 60 Remington Court Youngsville, NC 27596-8739 | Common | 343 | Shareholder |
| Edward Boyles 2600 Sherwood Ave Charlotte, NC 28207 | Common | 171 | Shareholder |
| David W Boylston & Margaret M Boylston JT TEN 413 Windemere Road Wilmington, NC 28405 | Common | 343 | Shareholder |
| Robert V Bradley 14830 Forest Mist Way Charlotte, NC 28273 | Common | 172 | Shareholder |
| Steve R Bradley PO Box 552 Jacksonville, AR 72076 | Common | 171 | Shareholder |
| Susan H. Bradshaw Ttees Susan H Bradshaw Trust 3812 City of Oaks Wynd Raleigh, NC 27612 | Common | 3,445 | Shareholder |

Sheet   4   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                              ,    Case No. _____

                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| S. Michelle Bradshaw<br>3812 City of Oaks Wynd<br>Raleigh, NC 27612 | Common | 3,445 | Shareholder |
| C. Martin Brann<br>7825 Burlington Rd<br>Hurdle Mills, NC 27541 | Common | 1,722 | Shareholder |
| Le-Thi Brannon<br>1781 Chicora Rd<br>Dunn, NC 28334-6495 | Common | 1,722 | Shareholder |
| Robert Brenner &<br>Brenda Brenner JT TEN<br>113 Ansonia Rd<br>Woodbridge, CT 06525 | Common | 861 | Shareholder |
| Mary Ann Bridger<br>417 W Blackbeard Rd<br>Wilmington, NC 28409 | Common | 255 | Shareholder |
| Donna G Brinker<br>TOD Teena S George<br>5546 Peden Point Road<br>Wilmington, NC 28409 | Common | 227 | Shareholder |
| Jacob A Brinson<br>8429 Bald Eagle Lane<br>Wilmington, NC 28405 | Common | 515 | Shareholder |
| Judith K Broussard<br>2565 White Cap Lane SW<br>Supply, NC 28462 | Common | 137 | Shareholder |
| Horace B Brown &<br>Rose A Brown JT TEN<br>PO Box 316<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| William G Brown &<br>Athena R Brown JT TEN<br>2 Twin Oaks Drive<br>Castle Hayne, NC 28429 | Common | 256 | Shareholder |
| Danny C Brown<br>4495 NC Highway 50 South<br>Chinquapin, NC 28521 | Common | 343 | Shareholder |
| Dean Brown<br>4495 NC Highway 50 South<br>Chinquapin, NC 28521 | Common | 343 | Shareholder |

Sheet    5    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation                                    ,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gregory Brown<br>958 Mill Creek Road<br>Hampstead, NC 28443 | Common | 171 | Shareholder |
| Scott H Brown<br>4495 NC Highway 50 South<br>Chinquapin, NC 28521 | Common | 343 | Shareholder |
| Jo Ann H Bryan<br>Box 963<br>Oxford, NC 27565 | Common | 619 | Shareholder |
| Brunhilde S. Bryant<br>137 Crabshell Ln<br>Sneads Ferry, NC 28460 | Common | 1,722 | Shareholder |
| Denise A Bryant<br>C/O Robert Bryant<br>137 Crabshell Lane<br>Sneads Ferry, NC 28460 | Common | 773 | Shareholder |
| Herman E Bryant<br>Louise B Bryant JT TEN<br>750 Stephenson Road<br>Benson, NC 27504 | Common | 688 | Shareholder |
| Robert B Bryant<br>195 Hill Ln<br>Sneads Ferry, NC 28460 | Common | 773 | Shareholder |
| Charles E Buckner &<br>Marcia Buckner JT TEN<br>278 Stockinghead Road<br>Rose Hill, NC 28458 | Common | 275 | Shareholder |
| Anne C Bunting C/F<br>Katherine S Gaddy UTMA/NC<br>2101 Jumpin Run<br>Wilmington, NC 28403 | Common | 171 | Shareholder |
| Anne C Bunting C/F<br>George A Gaddy UGMA/NC<br>Wilmington, NC 28403 | Common | 137 | Shareholder |
| Margaret E Burke &<br>Tommie B Burke JT TEN<br>9 Pine Court Drive<br>Siler City, NC 27344 | Common | 688 | Shareholder |

Sheet __6__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,          Case No. _____
                                                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William H Burney & Hazel D Burney JT TEN 2850 Doctor Kerr Road Ivanhoe, NC 28447 | Common | 137 | Shareholder |
| Russell T Burney Jr 301 Embassy Circle Wilmington, NC 28412 | Common | 171 | Shareholder |
| Brian B. Burney C/O Joyce W King 1326 Rand Dr Raleigh, NC 27608 | Common | 859 | Shareholder |
| Lynn M Burney 301 Embassy Circle Wilmington, NC 28412 | Common | 894 | Shareholder |
| Royce D Byrd 466 Robert E Lee Dr Wilmington, NC 28412-6732 | Common | 861 | Shareholder |
| Paige C Cabe 2712 Cobblestone Dr Sanford, NC 27330 | Common | 171 | Shareholder |
| Robert C Cantwell & Mary D Cantwell JT TEN 5420 Reserve Road Wilmington, NC 28409 | Common | 343 | Shareholder |
| Robert A. Capps & Bryanna E. Capps JT TEN 411 Peru Rd Sneads Ferry, NC 28460 | Common | 1,722 | Shareholder |
| Ronald Capps & Mary P Capps JT TEN 2020 Jefferson Street Wilmington, NC 28401 | Common | 343 | Shareholder |
| Madeline P Capps 226 Shannon Drive Wilmington, NC 28409 | Common | 171 | Shareholder |
| Alma M Carey & James I Carey JT TEN PO Box 554 Burkeville, VA 23922 | Common | 171 | Shareholder |

Sheet    7    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation                 ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James I Carey<br>100 Maluli Dr<br>Oxford, NC 27565 | Common | 429 | Shareholder |
| Jeannette M Carey<br>100 Maluli Drive<br>Oxford, NC 27565 | Common | 171 | Shareholder |
| Michael G Carlton<br>206 Chalon Dr<br>Cary, NC 27511 | Common | 27 | Shareholder |
| Carolina Investments, Ltd<br>C/O David Lewis<br>3316 Red Berry Drive<br>Wilmington, NC 28409 | Common | 171 | Shareholder |
| Robert Carpenter Sr &<br>Lana Carpenter JT TEN<br>133 Richard Riggs Road<br>Swansboro, NC 28584 | Common | 171 | Shareholder |
| James O Carr<br>3631 6th Street NE<br>Hickory, NC 28601 | Common | 343 | Shareholder |
| Loray F. Carr<br>1508 Brunwick Dr<br>Dunn, NC 28334-2104 | Common | 1,722 | Shareholder |
| Andrew J Cascardi<br>1000 Upper Reach Drive<br>Wilmington, NC 28409 | Common | 515 | Shareholder |
| Nell M Cassell &<br>Thomas M Cassell JT TEN<br>905 Schall Place<br>Jacksonville, NC 28540 | Common | 228 | Shareholder |
| Thomas M Cassell<br>7305 Shell Midden Ct<br>Wilmington, NC 28411 | Common | 228 | Shareholder |
| FCC CUST Gail Caulder IRA<br>1300 Stone Haven Ct<br>Wilmington, NC 28411-7423 | Common | 242 | Shareholder |
| CBH Construction Inc<br>Attn: Managing Agent<br>PO Box 500<br>Delco, NC 28436 | Common | 220 | Shareholder |

Sheet  <u>8</u>  of  <u>55</u>  continuation sheets attached to the List of Equity Security Holders

In re    Cape Fear Bank Corporation                     ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cede & Co<br>Attn: Managing Agent<br>PO Box 20<br>New York, NY 10004 | Common | 3,340,304 | Shareholder |
| John F Chaney<br>PO Box 1251<br>Wrightsville Beach, NC 28480 | Common | 343 | Shareholder |
| Janette D Channing &<br>Donald R Channing JT TEN<br>80 Bishop Branch Lane SW<br>Leland, NC 28451 | Common | 515 | Shareholder |
| Elizabeth S Chase<br>PO Box 85<br>Whiteville, NC 28472 | Common | 27 | Shareholder |
| Adam W Cherry<br>3007 Coriander Dr<br>New Bern, NC 28562 | Common | 137 | Shareholder |
| Brian M Cherry<br>6920 Silliman Dr<br>Chesterfield, VA 23832 | Common | 137 | Shareholder |
| Mathew R Cherry<br>3007 Coriander Dr<br>New Bern, NC 28562 | Common | 137 | Shareholder |
| John P. Chitwood<br>3607 Stembridge Ct<br>Wilmington, NC 28409 | Common | 2410 | Shareholder |
| Philip R Christmas &<br>Barbara H Christmas JT TEN<br>1208 Williamsburg CT<br>Wilmington, NC 28405 | Common | 171 | Shareholder |
| Ruth M Cloud<br>PO Box 3113<br>Jasper, AL 35502 | Common | 861 | Shareholder |
| Jesse M Coburn Jr CUST<br>Jesse M Coburn III GA UTMA<br>0127 Shane Court<br>Dillon, CO 80435 | Common | 412 | Shareholder |
| Jesse M Coburn Jr CUST<br>Lisa L Coburn GA UTMA<br>127 Shane Court<br>Dillon, CO 80435 | Common | 412 | Shareholder |

Sheet   9   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation                                          ,      Case No. _____

_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jesse M Coburn Jr CUST<br>Virginia A Coburn GA UTMA<br>0127 Shane Court<br>Dillon, CO 80435 | Common | 412 | Shareholder |
| Jesse M Coburn Jr<br>0127 Shane Ct<br>Dillon, CO 80435 | Common | 861 | Shareholder |
| Nancy Cofiell<br>550 Grand Manor Ct<br>Wilmington, NC 28405 | Common | 1,808 | Shareholder |
| Steven L Cohen<br>TOD Judith L Wheeler<br>801 Spy Glass Fourt<br>Wilmington, NC 28405 | Common | 688 | Shareholder |
| William M Cole<br>619 Wedgewood Drive<br>Whiteville, NC 28472 | Common | 143 | Shareholder |
| Michael R Collins &<br>Teresa H Collins JT TEN<br>902 Mountain View Rd<br>King, NC 27021 | Common | 171 | Shareholder |
| Robert Condon &<br>Theresa Condon JT TEN<br>620 Sawgrass Road<br>Hampstead, NC 28443 | Common | 343 | Shareholder |
| William H Cool<br>Debra Ann Cool JT TEN<br>6220 Pasture Drive<br>Castle Hayne, NC 28429 | Common | 343 | Shareholder |
| Nancy L Cooper<br>TOD Linda L Taylor<br>4140 Breezewood Dr Apt 102<br>Wilmington, NC 28412-2492 | Common | 275 | Shareholder |
| Richard K Covell &<br>Phyllis M Covell JT TEN<br>3708 Providence Ct<br>Wilmington, NC 28412 | Common | 1,264 | Shareholder |
| Lee F. Cowper<br>6020 Joshuas Landing Lane<br>Wilmington, NC 28409 | Common | 1,722 | Shareholder |

Sheet __10__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation _____,    Case No. _____

                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dan Craig<br>PO Box 3055<br>Roxboro, NC 27573 | Common | 171 | Shareholder |
| William N Crawford &<br>Barbara W Crawford JT TEN<br>408 East Creek View Dr<br>Hampstead, NC 28443 | Common | 412 | Shareholder |
| Thomas S Crews &<br>Sandra T Crews JT TEN<br>3306 Greenhowe Drive<br>Wilmington, NC 28409 | Common | 343 | Shareholder |
| Gloria C Crist CUST<br>for Ava S Erickson UTMA/RI<br>324 East Rd<br>Tiverton, RI 02878 | Common | 515 | Shareholder |
| W Lee Crouch Jr<br>523 Causeway Dr<br>Wrightsville Beach, NC 28480 | Common | 46,681 | Shareholder |
| Betty Bugg Crouch<br>1902 Brewton Court<br>Wilmington, NC 28403 | Common | 688 | Shareholder |
| W. Lee Crouch<br>c/o Walter Lee Crouch Jr<br>523 Causeway Dr<br>Wrightsville Beach, NC 28480 | Common | 6,028 | Shareholder |
| Edith V Dale &<br>Morgan J Dale JT TEN<br>1605 New River Inlet Rd<br>N Topsail Beach, NC 28460 | Common | 171 | Shareholder |
| Matthew D Dale &<br>Angela M Dale JT TEN<br>3611 Terramore Dr<br>Melbourne, FL 32940 | Common | 447 | Shareholder |
| Carolyn Dale<br>102 Country Club Apts<br>Dallas, PA 18612 | Common | 171 | Shareholder |
| Windell J Daniels &<br>Cheryl D Daniels JT TEN<br>3214 Livia Circle<br>Raleigh, NC 27604 | Common | 171 | Shareholder |

Sheet   11   of   55   continuation sheets attached to the List of Equity Security Holders

In re     Cape Fear Bank Corporation                                                    ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wilma W. Daniels<br>501 Edgewater Club Rd<br>Wilmington, NC 28411 | Common | 4,236 | Shareholder |
| Ruth Ann Daniluk &<br>Samon E. Daniluk JT TEN<br>972 Hood Dr<br>Wilmington, NC 28409 | Common | 1,722 | Shareholder |
| Richard P Davis &<br>Jackie S Davis JT TEN<br>2106 Heather Hill Loop<br>The Villages, FL 32162 | Common | 171 | Shareholder |
| William T Davis &<br>Necia A Davis JT TEN<br>151 Davis Lane<br>Sneads Ferry, NC 28460 | Common | 859 | Shareholder |
| Thomas H Davis III<br>10646 Harrison Rd<br>Berlin, MD 21811 | Common | 1,204 | Shareholder |
| Willie Davis Jr &<br>Miriam E Davis JT TEN<br>PO Box 471<br>Riegelwood, NC 28456 | Common | 275 | Shareholder |
| Angela K Davis<br>2709 Newkirk Ave<br>Wilmington, NC 28412 | Common | 137 | Shareholder |
| Marianne B Detgen<br>c/o Paula Goble<br>6169 Balmoral Dr<br>Dublin, OH 43017 | Common | 861 | Shareholder |
| Rhonda L Devane &<br>Gary C Devane JT TEN<br>185 Rockfish Estates Lane<br>Wallace, NC 28466 | Common | 171 | Shareholder |
| Bess B & Ronald B Dietrick<br>Ttees Bess B Dietrick Living<br>3313 Ammons Drive<br>Wilmington, NC 28405 | Common | 171 | Shareholder |
| Faith Dietrick<br>4302 Heather Ridge Drive<br>Wilmington, NC 28405-6408 | Common | 171 | Shareholder |

Sheet   12   of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                  ,        Case No. _____
                                                  Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Emma Maxwell Dineen<br>109 Abalone Drive<br>Wilmington, NC 28411 | Common | 688 | Shareholder |
| James R Dineen<br>109 Abalone Drive<br>Wilmington, NC 28411 | Common | 275 | Shareholder |
| William M Dixon Jr<br>PO Box 179<br>Boone, NC 28607 | Common | 393 | Shareholder |
| Gabriel W. Dobo &<br>Barbara B Dobo JT TEN<br>PO Box 424<br>Wrightsville Beach, NC 28480 | Common | 3,444 | Shareholder |
| Julie M Downs &<br>Joshua Downs JT TEN<br>120 High Brook Dr<br>Waxhaw, NC 28713 | Common | 12 | Shareholder |
| Jon D Duke &<br>Margaret O Duke JT TEN<br>165 Owens Lane<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| James E Dunn &<br>Janice W Dunn JT TEN<br>PO Box 200<br>Maple Hill, NC 28454 | Common | 171 | Shareholder |
| Ralph A Dunn Sr &<br>Snadra R Dunn JT TEN<br>3221 Bragg Drive<br>Wilmington, NC 28409 | Common | 171 | Shareholder |
| Robert E Dunn Sr &<br>Naomi H Dunn JT TEN<br>PO Box 978<br>Sneads Ferry, NC 28460 | Common | 859 | Shareholder |
| Russell E Dybvik &<br>Christiane Dybvik REV LIV TRST<br>4753 Wedgefield Dr<br>Wilmington, NC 28409 | Common | 861 | Shareholder |
| Charles Dziuba CUST<br>Emily Dziuba OR UTMA<br>1235 Moffitt Ave<br>Bethlehem, PA 18018 | Common | 1 | Shareholder |

Sheet    13    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   Cape Fear Bank Corporation                   ,      Case No.                       

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles M Dziuba CUST<br>Cathrine Dziuba PA UTMA<br>1235 Moffitt Ave<br>Bethlehem, PA 18018 | Common | 1 | Shareholder |
| Elizabeth B Earley<br>PO Box 916<br>Sneads Ferry, NC 28460-0916 | Common | 171 | Shareholder |
| Jeremy D Edens<br>PO Box 1024<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Nancy M Edens<br>PO Box 993<br>Sneads Ferry, NC 28460 | Common | 170 | Shareholder |
| Steven L Edens<br>PO Box 993<br>Sneads Ferry, NC 28460 | Common | 170 | Shareholder |
| James F Egler CUST<br>Elizabeth J Egler NC UTMA<br>10421 Summerton Drive<br>Raleigh, NC 27614 | Common | 171 | Shareholder |
| Amberly G Eldridge &<br>Hortense B Eldridge JT TEN<br>1009 Westhaven Street<br>Dunn, NC 28334 | Common | 171 | Shareholder |
| Debbie S Elliott<br>6219 Tree Toad Road<br>Wilmington, NC 28411 | Common | 137 | Shareholder |
| B W Elston<br>966 Cypress Creek Rd<br>Wallace, NC 28466 | Common | 861 | Shareholder |
| Robert S Emmer<br>4710 Waltmoor Road<br>Wilmington, NC 28409 | Common | 137 | Shareholder |
| Donald W. Ennis<br>1800 Eastwood Rd Unit 248<br>Wilmington, NC 28403 | Common | 1,722 | Shareholder |
| Herbert J Erne Jr &<br>Mary B Erne JT TEN<br>6523 Macpass Corner Road<br>Wilmington, NC 28409 | Common | 171 | Shareholder |

Sheet   14   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                    ,    Case No. _____
                                                  Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donn S Evans & Melissa F Evans JT TEN 814 Shinn Point Road Wilmington, NC 28409 | Common | 171 | Shareholder |
| Patricia P Evans C/F Ethan T Evans UGMA/NC 8300 River Road SE Southport, NC 28461 | Common | 137 | Shareholder |
| Patricia P Evans C/F Jessica L Evans UGMA/NC 8300 River Road SE Southport, NC 28461 | Common | 137 | Shareholder |
| Patricia P Evans C/F Lainey M Evans 8300 River Road SE Southport, NC 28461 | Common | 137 | Shareholder |
| Patricia P Evans C/F Tyler W Evans UGMA/NC 8300 River Road SE Southport, NC 28461 | Common | 137 | Shareholder |
| Elizabeth S Everett & A K Everett Jr TEN COM 119 Everett Ln Sneads Ferry, NC 28460 | Common | 861 | Shareholder |
| Rubin Everett TOD Sally Ann Duenow 1201 Old Folkston Rd Sneads Ferry, NC 28460 | Common | 27 | Shareholder |
| Rubin W Everett 1201 Old Folkston Rd Sneads Ferry, NC 28460 | Common | 6 | Shareholder |
| Anthony J Farinola 126 Bluebell Dr Georgetown, TX 78633 | Common | 137 | Shareholder |
| Jessica H Feranec 8673 SW76 Place Gainesville, FL 32608 | Common | 171 | Shareholder |
| Donald Fisher & Ruby Fisher JT TEN 301 Shamrock Drive Wilmington, NC 28409 | Common | 343 | Shareholder |

Sheet   15   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jesse C Fisher Jr & Gaye S Fisher JT TEN 600 South Madison St Whiteville, NC 28472 | Common | 515 | Shareholder |
| Eleni S Flowers 5620 Green Turtle Ln Wilmington, NC 28409-2104 | Common | 137 | Shareholder |
| Helen S Flowers TOD Eleni S Flowers 5620 Green Turtle Ln Wilmington, NC 28409 | Common | 551 | Shareholder |
| Larry W Flowers TOD Helen S Flowers 5620 Green Turtle Ln Wilmington, NC 28409 | Common | 412 | Shareholder |
| Elizabeth P Flynt 104 Duncroft Ct Apex, NC 27502 | Common | 33 | Shareholder |
| Maureen Foote 1049 Kings Landing Rd Hampstead, NC 28443 | Common | 412 | Shareholder |
| Thurston G Formy-Duval & Deborah Formy-Duval JT TEN 1042 Headwater Cove Ln Wilmington, NC 28403 | Common | 688 | Shareholder |
| Evelyn B Fowler & JF Fowler JT TEN 903 Mocksville Rd Salisbury, NC 28144 | Common | 19,031 | Shareholder |
| Evelyn B Fowler 903 Mocksville Rd Salisbury, NC 28144 | Common | 1,312 | Shareholder |
| James F Fowler 903 Mocksville Rd Salisbury, NC 28144 | Common | 1,312 | Shareholder |
| Ellen M Frank & Charles B Frank JT TEN 9356 Horse Shoe Circle Fort Mill, SC 29715 | Common | 171 | Shareholder |

Sheet   16   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     Cape Fear Bank Corporation                                    ,          Case No. _____

                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Melvin W Frank & Caren N Frank JT TEN 10604 Moss Mill Lane Charlotte, NC 28277 | Common | 343 | Shareholder |
| Robert J Frederick II PO Box 116 Rose Hill, NC 28458 | Common | 171 | Shareholder |
| Sylvia R Freeman 402 Spike Rush Court Wilmington, NC 28405 | Common | 275 | Shareholder |
| Ruth Anne Friedrichs & Adam/Shannon Friedrichs JT TEN 24 West Greesboro Street Wrightsville Beach, NC 28480 | Common | 227 | Shareholder |
| Clifton D Fulcher & Debra Fulcher JT TEN 1924 Kudrow Ln Morrisville, NC 27560 | Common | 56 | Shareholder |
| William C Fulcher & Monica Fulcher JT TEN 2100 Rosie Ln Snellville, GA 30078 | Common | 56 | Shareholder |
| Gene A Fulcher 3500 Blue Banks Loop Rd Leland, NC 28451 | Common | 56 | Shareholder |
| Pamela A Furr 135 Knoll Road Southern Pines, NC 28387 | Common | 171 | Shareholder |
| Jonathan D Fussell & Leah M Fussell JT TEN 300 River Ridge Dr Wallace, NC 28458 | Common | 551 | Shareholder |
| Vivian Gardner & Henry Gardner JT TEN 2922 Newkirk Avenue Wilmington, NC 28412 | Common | 343 | Shareholder |
| Sheila H Gaskins & Walton E Gaskins Jr JT TEN 229 Northbrook Drive Wilmington, NC 28405 | Common | 171 | Shareholder |

Sheet    17    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation           ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dean R Gattone<br>3714 Grantham Ct<br>Wilmington, NC 28409 | Common | 171 | Shareholder |
| Steven F Gause &<br>Sharon H Gause JT TEN<br>3908 Hawks Nest Drive<br>Castle Hayne, NC 28429 | Common | 429 | Shareholder |
| Sarah K. George<br>1201 River Reach Dr #309<br>Fort Lauderdale, FL 33315-1180 | Common | 1,722 | Shareholder |
| Teena S George<br>202 Mohican Trail<br>Wilmington, NC 28409 | Common | 275 | Shareholder |
| Teena S George<br>TOD Roger M George<br>202 Mohican Trail<br>Wilmington, NC 28409 | Common | 137 | Shareholder |
| Walter F Gibford<br>653 Lawshe Ct<br>Wilmington, NC 28412 | Common | 1,032 | Shareholder |
| A.J. Gideon<br>PO Box 2882<br>Surf City, NC 28445 | Common | 1,722 | Shareholder |
| Elbert Ray Gideon<br>604 N New River Dr<br>Surf City, NC 28445 | Common | 1,722 | Shareholder |
| Charles P Gore &<br>Sophronia S Gore JT TEN<br>4928 Manley Smith Road<br>Nakina, NC 28455 | Common | 171 | Shareholder |
| Wilbur R Gore &<br>Ina F Gore JT TEN<br>13318 Seven Creeks Hwy<br>Nakina, NC 28455 | Common | 343 | Shareholder |
| Dana L Gore<br>1008 Meadowgrass Lane<br>Leland, NC 28451-7462 | Common | 171 | Shareholder |
| James M Gray &<br>Diane S Gray JT TEN<br>128 Chicora Club Dr<br>Dunn, NC 28334 | Common | 343 | Shareholder |

Sheet  <u>18</u>  of  <u>55</u>  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                        ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael T Greene<br>1613 Frances Ave<br>Fort Pierce, FL 34949 | Common | 51 | Shareholder |
| Timothy M Greene<br>1613 Frances Ave<br>Fort Pierce, FL 34949 | Common | 1,076 | Shareholder |
| Judy Greenhut &<br>Steve Currie JT TEN<br>239 Water Oaks Court<br>Kure Beach, NC 28449 | Common | 343 | Shareholder |
| Donna W Grice<br>PO Box 837<br>Wrightsville Beach, NC 28480 | Common | 515 | Shareholder |
| Robert H Gurganus &<br>Doris B Gurganus JT TEN<br>PO Box 7777<br>Shallotte, NC 28470 | Common | 110 | Shareholder |
| Charles H. Hagwood<br>1005 Meadowbrook Dr<br>Garner, NC 27529 | Common | 8,612 | Shareholder |
| Bernie A Hailey &<br>Elizabeth S Hailey JT TEN<br>125 South Belvedere Dr<br>Hampstead, NC 28443 | Common | 137 | Shareholder |
| Calvin Hall &<br>Zadie V Hall JT TEN<br>1066 Longview Rd<br>Kelly, NC 28448 | Common | 137 | Shareholder |
| Benjamin B Halterman &<br>Mary B Halterman JT TEN<br>2305 Chestnut Street<br>Wilmington, NC 28405 | Common | 343 | Shareholder |
| Jerry Hamilton<br>250 East Pine Street<br>Lillington, NC 27546 | Common | 171 | Shareholder |
| Gary W Hamm &<br>S Hamm & J Karangalen<br>215 Ginger Road<br>Wilmington, NC 28405 | Common | 343 | Shareholder |

Sheet   19   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                                    ,    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gary W Hamm & Sophia C Hamm JT TEN 215 Ginger Road Wilmington, NC 28405 | Common | 171 | Shareholder |
| Gary W Hamm C/F Brittany Karangalen UGMA/NC 215 Ginger Road Wilmington, NC 28405 | Common | 198 | Shareholder |
| Gary W Hamm C/F Haley Karangalen UGMA/NC 215 Ginger Road Wilmington, NC 28405 | Common | 178 | Shareholder |
| Ann Bryan Hancock 721 College St Oxford, NC 27565 | Common | 1,377 | Shareholder |
| Justin T Hargett & Travis & Robert Hargett, TTEE 2812 Cleveland Avenue Steubenville, OH 43952 | Common | 343 | Shareholder |
| Harlan M Ten Pas Tr Marshall J. Persky Rev Trust 1740 Wildrose Ct Highland Park, IL 60035-5517 | Common | 11,025 | Shareholder |
| Richard K Harrell 217 Oxbow Landing Burgaw, NC 28425 | Common | 137 | Shareholder |
| Sandra P Harris & Marvin E Harris JT TEN 104 Teal Circle Hampstead, NC 28443 | Common | 171 | Shareholder |
| William J Harris & Bessie W Harris JT TEN 9664 Sturgeon Dr NE Leland, NC 28451 | Common | 861 | Shareholder |
| James W Harris Jr 697 Keith Hills Rd Lillington, NC 27546 | Common | 171 | Shareholder |
| Thomas A Harty & Marlene M Harty JT TEN 334 Azalea Drive Wilmington, NC 28409 | Common | 515 | Shareholder |

Sheet   20   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   Cape Fear Bank Corporation                                    ,   Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mary B Hayes & Jill H Robertson JT TEN 1305 Fairfield Drive Gastonia, NC 28054 | Common | 171 | Shareholder |
| Aubrey E Hayes 4715 Mazur Drive Castle Hayne, NC 28429 | Common | 429 | Shareholder |
| Marsha P Hayes 4715 Mazur Drive Castle Hayne, NC 28429 | Common | 171 | Shareholder |
| Willis Pearl Hedgepeth 7509 Spyglass Way Raleigh, NC 27615 | Common | 8,612 | Shareholder |
| Jake Hefner 750 Lakevista Ln Taylorsville, NC 28681 | Common | 1,722 | Shareholder |
| Gary C Hendrix & Helen M Hendrix JT TEN 612 Lakedale Road Colfax, NC 27235 | Common | 688 | Shareholder |
| Kevin R Hennelly & Jeffrey W Thompson JT TEN 441 Oak Street Walnut Cove, NC 27052 | Common | 171 | Shareholder |
| Charles Hermanson Jr & Patricia Hermanson JT TEN 355 Stella Road Stella, NC 28582 | Common | 171 | Shareholder |
| Karen L. Hess 3512 Thornwood Ct Raleigh, NC 27613 | Common | 1,722 | Shareholder |
| Lester D Hewett & Nancy M Hewett JTWROS PO Box 192 Supply, NC 28462 | Common | 480 | Shareholder |
| Margie Y Hilburn 2745 NC Hwy 53 W Burgaw, NC 28425 | Common | 861 | Shareholder |
| Jeremy R H Hillard 110 Hampton Drive Plymouth, NC 27962 | Common | 171 | Shareholder |

Sheet __21__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re     Cape Fear Bank Corporation                                          ,          Case No. _____
                                                                                         Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Frederick E Hinson & Joann Hinson JT TEN 5655 James B White Hwy South Whiteville, NC 28472 | Common | 171 | Shareholder |
| James R Hinson 850 Swan Neck Ln Raleigh, NC 27615 | Common | 12 | Shareholder |
| Janet H Hinson 219 E Clay St Whiteville, NC 28472 | Common | 39 | Shareholder |
| Mary B Hock 191 Nandina Dr Hampstead, NC 28443 | Common | 137 | Shareholder |
| Arthur R Hodge 301 Carlson Drive Midway Park, NC 28544 | Common | 171 | Shareholder |
| Bradley L Holland PO Box 424 Carolina Beach, NC 28428 | Common | 171 | Shareholder |
| Erwin F Holland PO Box 689 Carolina Beach, NC 28428 | Common | 171 | Shareholder |
| Warren Hostetler & Stephanie Hostetler JT TEN 300 Hostetler Lane Sneads Ferry, NC 28460 | Common | 343 | Shareholder |
| Marie Houck TOD George K Houck PO Box 451 Wrightsville Beach, NC 28443 | Common | 61 | Shareholder |
| L. Gerald Howell 8079 Christian Light Rd Fuquay Varina, NC 27526 | Common | 1,722 | Shareholder |
| Joan O Hubbard 3 Moraga Court Wilmington, NC 28412 | Common | 137 | Shareholder |
| Richard W Huettner 9343 Pitts Road Berlin, MD 21811 | Common | 378 | Shareholder |

Sheet   22   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation
_____,    Case No. _____
                                 Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Johnny A Ivey & Dana B Ivey JT TEN 6229 Richard Bradley Drive Wilmington, NC 28409 | Common | 275 | Shareholder |
| Barbara Jackson 5102 N Creek Road Wilmington, NC 28409 | Common | 551 | Shareholder |
| Don A Jackson 309 Pettigrew Drive Wilmington, NC 28412 | Common | 515 | Shareholder |
| Ellis W Jarman & Susan H Jarman JT TEN 110 Crojack Lane Wilmington, NC 28409 | Common | 137 | Shareholder |
| Sonja K Jeffords 1834 S Center Rd Darlington, SC 29532-6705 | Common | 81 | Shareholder |
| Owen E Jenkins & Audrey Jenkins JT TEN 121 Swan Point Rd Sneads Ferry, NC 28460 | Common | 861 | Shareholder |
| Lee P Jernigan & Amy H Jernigan JT TEN 238 Topsail Watch Dr Hampstead, NC 28443 | Common | 137 | Shareholder |
| Samm B Jernigan & Teresa B Jernigan JT TEN 3552 Iris St Wilmington, NC 28409 | Common | 1,377 | Shareholder |
| Bobby S. Jernigan 10628 Timothy Rd Dunn, NC 28334 | Common | 1,722 | Shareholder |
| Barbara J. Johansen 8417 Sidbury Rd Wilmington, NC 28411 | Common | 1,549 | Shareholder |
| Kenneth A Johnson & Kathleen A Johnson JT TEN 109 Olde Point Loop Hampstead, NC 28443-8480 | Common | 171 | Shareholder |

Sheet __23__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kevin K Johnson & C Johnson TR, C Hargett TR 4222 Williamsbury Dr Eau Claire, WI 54703 | Common | 343 | Shareholder |
| Robert A Johnson & Kathern E Johnson JT TEN Box 458 Four Oaks, NC 27524 | Common | 171 | Shareholder |
| Donald L Johnson 906 Merry St Dunn, NC 28334 | Common | 1,549 | Shareholder |
| Twila M Jones C/F Charles M Jones UGMA/NC 426 East Creekview Hampstead, NC 28443 | Common | 137 | Shareholder |
| Frederick W Jones 3088 Piney Woods Rd Burgaw, NC 28425 | Common | 170 | Shareholder |
| Linda K Jordan C/F Leigh Jordan UGMA/NC 539 Kenny Jordan Rd Tabor City, NC 28463 | Common | 45 | Shareholder |
| Erica Julien 125 Lasalle Street Wilmington, NC 28411 | Common | 137 | Shareholder |
| K E Austin Corporation Attn: Managing Agent 3301 Burnt Mill Dr Wilmington, NC 28403-2699 | Common | 1,722 | Shareholder |
| Carl Kaczmarski & Carol Kaczmarski JT TEN 11 Meadowbrook Alley Barnegat, NJ 08005 | Common | 343 | Shareholder |
| Douglas E Keen & Linda S Keen JT TEN 209 Bretonshire Road Wilmington, NC 28405 | Common | 171 | Shareholder |
| Linda S Keen & Douglas E Keen JT TEN 209 Bretonshire Road Wilmington, NC 28405 | Common | 275 | Shareholder |

Sheet   24   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                            ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Melissa M Kirkby<br>533 Camway Drive<br>Wilmington, NC 28403 | Common | 171 | Shareholder |
| Irene D Kisler<br>1548 Grandflora Dr<br>Leland, NC 28451 | Common | 1,377 | Shareholder |
| Amy Klass<br>2305 Danbury Rd<br>Greensboro, NC 27408 | Common | 137 | Shareholder |
| Elizabeth W Kline C/F<br>Mackenzie C Kline UGMA/NC<br>2547 Croquest Dr Unit 6<br>Wilmington, NC 28412-5195 | Common | 137 | Shareholder |
| Elizabeth W Kline C/F<br>Tucker L Kline UGMA/NC<br>2547 Croquet Dr Unit6<br>Wilmington, NC 28412-5195 | Common | 137 | Shareholder |
| Patricia L Knox CUST<br>Catherine Alston Knox NC UTMA<br>510 Valley Rd<br>Fayetteville, NC 28305 | Common | 171 | Shareholder |
| Patricia L Knox CUST<br>John B Knox NC UTMA<br>510 Valley Rd<br>Fayetteville, NC 28305 | Common | 171 | Shareholder |
| Gary N Kramer<br>307 Fuller Circle<br>Whiteville, NC 28472 | Common | 171 | Shareholder |
| Raphael Krasa &<br>Debra Krasa JT TEN<br>14 Porter Rd<br>Natick, MA 01760 | Common | 861 | Shareholder |
| Michael A Kugatow &<br>Carolyn G Kugatow JT TEN<br>PO Box 2459<br>Surf City, NC 28445 | Common | 171 | Shareholder |
| Janet L Lambert CUST<br>William T Lambert NC UTMA<br>67 Willett Road<br>Siler City, NC 27334 | Common | 309 | Shareholder |

Sheet   25   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                          ,    Case No. _____
                                                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dwight E Laney & Maragret Q Laney JT TEN 442 Long Leaf Acres Drive Wilmington, NC 28405 | Common | 256 | Shareholder |
| William G. Lankas Sr & Carolyn P. Lankas JT TEN 180 Misty Hollows Ln Sneads Ferry, NC 28460 | Common | 1,722 | Shareholder |
| Phillip W Lanzi & Jamie B Lanzi JT TEN 3210 Graylyn Terrace Wilmington, NC 28405 | Common | 171 | Shareholder |
| Edward S Lassiter & Mary K Lassiter JT TEN 1606 Brunswick Drive Dunn, NC 28334 | Common | 171 | Shareholder |
| E Keen Lassiter PO Box 2636 Winterville, NC 28590 | Common | 171 | Shareholder |
| Linda Lavin 411 S Front St Wilmington, NC 28401 | Common | 861 | Shareholder |
| Rebecca S Laymon 506 Bradley Creek Point Wilmington, NC 28403 | Common | 171 | Shareholder |
| Robert B Leder & Linda O Leder JT TEN PO Box 937 Whiteville, NC 28472 | Common | 429 | Shareholder |
| David C Lee & Jennifer W Lee JT TEN 107 Wild Berry Land Hampstead, NC 28443 | Common | 171 | Shareholder |
| John W Lester & Melissa D Lester JT TEN 100 Driftwood Ct Wrightsville Beach, NC 28480 | Common | 275 | Shareholder |
| William P Lewis II CUST Caroline H Lewis NC UTMA PO Box 1314 Wilmington, NC 28402 | Common | 171 | Shareholder |

Sheet   26   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                    ,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William P Lewis II<br>PO Box 1314<br>Wilmington, NC 28402 | Common | 343 | Shareholder |
| Jane Lewis<br>7712 Lost Tree Rd<br>Wilmington, NC 28411-9160 | Common | 171 | Shareholder |
| Linda C Kraulk<br>Box 564<br>Magnolia, NC 28453-0564 | Common | 171 | Shareholder |
| Edward Alan Lion<br>812 Everette's Creek Dr<br>Wilmington, NC 28405 | Common | 1,722 | Shareholder |
| Gregory J Littleton<br>3131 9th Street Dr NE #35<br>Hickory, NC 28601 | Common | 1,377 | Shareholder |
| Sandra D Logan &<br>Joanthana M Logan JT TEN<br>352 Pilchers Branch Rd<br>Holly Ridge, NC 28445 | Common | 164 | Shareholder |
| Larry D Logsdon &<br>Margaret D Logsdon JT TEN<br>3436 Catherine Lake Road<br>Chinquapin, NC 28521 | Common | 171 | Shareholder |
| Joseph O Loker &<br>Andrea M Loker JT TEN<br>501 Saddle Horn Dr<br>Mckinney, TX 75071 | Common | 184 | Shareholder |
| Jeffrey J Longman &<br>Kristen L Longman JT TEN<br>6713 Red Cedar Rd<br>Wilmington, NC 28411 | Common | 137 | Shareholder |
| Alejandro S Lopez<br>2527 Shadebranch Ct<br>Wilmington, NC 28411 | Common | 171 | Shareholder |
| Kenneth A Lucas<br>7424 Chapel Hill Road<br>Raleigh, NC 27607 | Common | 688 | Shareholder |
| David G Lucht<br>2605 Iron Gate Dr Ste 100<br>Wilmington, NC 28412 | Common | 150 | Shareholder |

Sheet   27   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                    ,    Case No. _____
                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ray G Lutz<br>22 Columbia Dr<br>Marlton, NJ 08056 | Common | 61 | Shareholder |
| Jimmy R. Lynch<br>1110 Coon Rd<br>Pinnacle, NC 27043 | Common | 6,890 | Shareholder |
| Donna D'Amico Lynn<br>6236 Teal Street 1A<br>Wilmington, NC 28403 | Common | 343 | Shareholder |
| R James MacLaren<br>1408 Avenel Drive<br>Wilmington, NC 28411 | Common | 240 | Shareholder |
| Dina M Mahoney &<br>John J Mahoney JT TEN<br>1338 Gradiflora Drive<br>Leland, NC 28451 | Common | 515 | Shareholder |
| Bryan M Mahoney<br>1013 Natural Springs Way<br>Leland, NC 28451 | Common | 171 | Shareholder |
| Fred M Maliga<br>1609 Hawthorne Road<br>Wilmington, NC 28403 | Common | 171 | Shareholder |
| Amy Manina<br>8101 Galwood Drive<br>Linden, NC 28356 | Common | 171 | Shareholder |
| James R Marley Jr &<br>Beverly S Marley JT TEN<br>253 Verona Road<br>Jacksonville, NC 28540 | Common | 143 | Shareholder |
| Joey D Marlowe &<br>Debra P Marlowe JT TEN<br>5033 Monck Court<br>Wilmington, NC 28409 | Common | 343 | Shareholder |
| Nancy M Marsh<br>202 Brookside Drive<br>Andover, MA 01810 | Common | 171 | Shareholder |
| Tommy D Martin &<br>Sandra H Martin JT TEN<br>123 N W 8th Street<br>Long Beach, NC 28465 | Common | 171 | Shareholder |

Sheet __28__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   Cape Fear Bank Corporation                        ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John W Mathews<br>685 Love Mill Road<br>Whiteville, NC 28472 | Common | 619 | Shareholder |
| Joseph Mauz<br>Julie Mauz JT TEN<br>3005 Island Drive SE<br>Bolivia, NC 28422 | Common | 343 | Shareholder |
| Leon J Mavrolas &<br>Mary S Mavrolas JT TEN<br>525 Long Leaf Acres Drive<br>Wilmington, NC 28405 | Common | 275 | Shareholder |
| Mark L Maynard &<br>Anna U Maynard JT TEN<br>110 Skystasail Dr<br>Wilmington, NC 28409 | Common | 1,377 | Shareholder |
| Mark L. Maynard<br>110 Skystasail Dr<br>Wilmington, NC 28409 | Common | 1,722 | Shareholder |
| Paul E McArdle<br>333 Spartan Drive<br>Wilmington, NC 28405 | Common | 171 | Shareholder |
| John D McCarley III<br>4010 Carolina Beach Rd<br>Wilmington, NC 28412 | Common | 1,377 | Shareholder |
| David L McCluney<br>6094 Ironwood Ct<br>Harrisburg, NC 28075 | Common | 171 | Shareholder |
| Esther McCreedy TTEE<br>Esther McCreedy Living Trust<br>925 North Union St<br>Tecumseh, MI 49286 | Common | 171 | Shareholder |
| Ralph McCue Jr CUST<br>Anne McCue OH UTMA<br>598 Delaware Ave<br>Akron, OH 44303 | Common | 8 | Shareholder |
| Ralph W McCue Jr<br>598 Delaware Ave<br>Akron, OH 44303 | Common | 21 | Shareholder |
| Anne J McCue<br>598 Delaware Ave<br>Akron, OH 44303 | Common | 25 | Shareholder |

Sheet   29   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jean Ellen McCue<br>598 Delaware Ave<br>Akron, OH 44303 | Common | 21 | Shareholder |
| Nancy McDowell CUST<br>Selena McDowell NC UTMA<br>1717 Windward Pl<br>Shallotte, NC 28470 | Common | 45 | Shareholder |
| Nancy McDowell CUST<br>Thomas McDowell NC UTMA<br>1717 Windward Pl<br>Shallotte, NC 28470 | Common | 45 | Shareholder |
| Patricia A McGinnis &<br>Michael R McGinnis JT TEN<br>1744 Chadwick Landing Dr<br>Shallotte, NC 28470 | Common | 688 | Shareholder |
| Herbert P McKim &<br>Catherine S McKim JT TEN<br>424 Robert E Lee Dr<br>Wilmington, NC 28412 | Common | 343 | Shareholder |
| Deborah R McKnight<br>PO Box 744<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Hannah P McKoy<br>481 McKoy Loop Rd<br>Ivanhoe, NC 28447 | Common | 137 | Shareholder |
| Mary E McLaughlin<br>28 Pine Ave<br>Takoma Park, MD 20912-4611 | Common | 171 | Shareholder |
| Susan H McMillan CUST<br>Neil P MCmillan SC UGMA<br>907 Lakewood Avenue<br>Conway, SC 29526 | Common | 171 | Shareholder |
| James M McMillian<br>907 Lakewood Ave<br>Conway, SC 29526 | Common | 343 | Shareholder |
| Charles G McNeill<br>5415 Woodridge Road<br>Wilmington, NC 28409 | Common | 275 | Shareholder |
| Delores M McRae<br>PO Box 7616<br>Wilmington, NC 28406 | Common | 171 | Shareholder |

Sheet   30   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation                                        ,        Case No. _____
                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Angela T McSwain<br>1907 Fenwick Place<br>Wilmington, NC 28403 | Common | 596 | Shareholder |
| Jasper W Mee &<br>Fay S Mee JT TEN<br>313 Breckenridge Drive<br>Wilmington, NC 28412 | Common | 275 | Shareholder |
| Kimberly F Mee<br>901 Brewster Lane<br>Wilmington, NC 28412 | Common | 137 | Shareholder |
| Francis Warren Meekins<br>PO Box 152<br>Manteo, NC 27954 | Common | 861 | Shareholder |
| Virginia H Meekins<br>PO Box 152<br>Manteo, NC 27954 | Common | 861 | Shareholder |
| Janet L Mehrmann &<br>Harry F Mehrmann JT TEN<br>8244 Normandy Road<br>Denver, NC 28037 | Common | 343 | Shareholder |
| Thomas E. Melin &<br>Michele J. Melin JT TEN<br>208 Beach Road North<br>Wilmington, NC 28411 | Common | 3,445 | Shareholder |
| Mary E Merryman<br>301 Longstreet Drive<br>Wilmington, NC 28412 | Common | 137 | Shareholder |
| Emma T Miars<br>PO Box 3291<br>Wilmington, NC 28406 | Common | 412 | Shareholder |
| Marianne F Michael<br>917 Summerlin Falls Ct<br>Wilmington, NC 28412-5173 | Common | 171 | Shareholder |
| Anna M Miller &<br>Lisa A Miller JT TEN<br>PO Box 1729<br>Wilmington, NC 28402-1729 | Common | 171 | Shareholder |
| Charles T Miller &<br>Betty H Miller JT TEN<br>429 Long Leaf Acres Drive<br>Wilmington, NC 28405 | Common | 343 | Shareholder |

Sheet   31   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   Cape Fear Bank Corporation                                    ,        Case No. _____

                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gracie W Miller & Terry T Miller JT TEN 4904 New Britton Hwy East Whiteville, NC 28472 | Common | 68 | Shareholder |
| Gracie Miller C/F Brandon Miller UGMA/NC 4904 New Britton Hwy E Whiteville, NC 28472 | Common | 33 | Shareholder |
| Gracie Miller C/F Erie Miller UGMA/NC 4904 New Britton Hwy E Whiteville, NC 28472 | Common | 33 | Shareholder |
| Daniel S Miller 350 Country Walk Ln Midland, NC 28107 | Common | 6 | Shareholder |
| Patricia E Miller 1051 Fearington Post Pittsboro, NC 27312 | Common | 275 | Shareholder |
| Donna T Millis & Timmie L Mills JT TEN PO Box 864 Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Tim M Millis PO Box 376 Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Stanley G Minor 2510 Guilford Rd Wilmington, NC 28403 | Common | 8 | Shareholder |
| Charles M Mitchell PO Box 409 Sneads Ferry, NC 28460 | Common | 137 | Shareholder |
| Helen T Mitchum Box 725 Mount Pleasant, NC 28124 | Common | 688 | Shareholder |
| James L Mize & Barbara Page Mize JT TEN 701 North Main Street Graham, NC 27253 | Common | 114 | Shareholder |
| James C Mize 701 N Main St Graham, NC 27253 | Common | 68 | Shareholder |

Sheet  32  of  55  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   Cape Fear Bank Corporation              ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Qasim D Mohammad C/F<br>Jacob Q Mohammad UGMA/NC<br>817 Seabury Court<br>Wilmington, NC 28403 | Common | 137 | Shareholder |
| Joyce B Montgomery<br>5009 Sun Coast Drive<br>Wilmington, NC 28411 | Common | 170 | Shareholder |
| Michael P Montgomery<br>1820 Wilshire Ave<br>Raleigh, NC 27608 | Common | 110 | Shareholder |
| Charles A Mooney<br>2640 Middle Sound Loop Rd<br>Wilmington, NC 28411 | Common | 137 | Shareholder |
| Ellen A Mooney<br>2640 Middle Sound Loop Rd<br>Wilmington, NC 28411 | Common | 137 | Shareholder |
| Jason C Mooney<br>2640 Middle Sound Loop Rd<br>Wilmington, NC 28411 | Common | 137 | Shareholder |
| Lee A Moore &<br>Doris M Moore JT TEN<br>PO Box 507<br>Sneads Ferry, NC 28460 | Common | 514 | Shareholder |
| Robert D Moore III<br>1107 Chestnut Street<br>Wilmington, NC 28401 | Common | 171 | Shareholder |
| John A Moore<br>PO Box 1261<br>Wrightsville Beach, NC 28480 | Common | 429 | Shareholder |
| Michael G Moran &<br>Patti Moran JT TEN<br>Box 222<br>Pinnacle, NC 27043-0222 | Common | 30 | Shareholder |
| Michael G Moran<br>Box 222<br>Pinnacle, NC 27043 | Common | 275 | Shareholder |
| Robert F Moseman &<br>Marilyn H Moseman JT TEN<br>723 Gulfstream Drive<br>Kure Beach, NC 28449 | Common | 227 | Shareholder |

Sheet  __33__  of  __55__  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   Cape Fear Bank Corporation                                     ,     Case No. _____
                                                                  Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William H Mowery & Kathy J Mowery JT TEN 5921 Oxford Green Drive Apex, NC 27502 | Common | 343 | Shareholder |
| Dwight M Murray & Deborah M Murray JT TEN 104 Buckstone Ln Spartanburg, SC 29307 | Common | 480 | Shareholder |
| John W Myers 106 Valley Oak Drive Bunnlevel, NC 28323 | Common | 412 | Shareholder |
| Clarence S Nagel & June M Nagel JT TEN 49404 Quail Trail Road Norwood, NC 28128 | Common | 170 | Shareholder |
| Najobe Incorporated Attn: Managing Agent 5441 Oleander Dr Wilmington, NC 28403-5811 | Common | 343 | Shareholder |
| Betty T Nance & Robinette Nance JT TEN 6328 Wrightsville Av #B-1 Wilmington, NC 28403 | Common | 171 | Shareholder |
| Jo A Nelson & Floyd J Nelson JT TEN 6416 Serena Court Wilmington, NC 28411 | Common | 256 | Shareholder |
| Breck M Newber & Mary L Newber JT TEN PO Box 902 Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Carol T Newberry C/F William Newberry UGMA/NC 5387 Hwy 53 East Burgaw, NC 28425 | Common | 917 | Shareholder |
| Carol T Newberry C/F Sarah Newberry UGMA/NC 5387 Hwy 53 East Burgaw, NC 28425 | Common | 458 | Shareholder |

Sheet   34   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Barbara Newell-Dinkins TOD Crystal L Dinkins 1017 Rosa Parks Lane Wilmington, NC 28409 | Common | 137 | Shareholder |
| Robert C Newman Jr & Josephine Newman CO-TTEES 1302 Portside Drive Wilmington, NC 28405 | Common | 171 | Shareholder |
| Nick Nicholson & Barbara Nicholson JT TEN 10115 Mason Rd Berlin, MD 21811 | Common | 52 | Shareholder |
| Denana Ninkovic 529 Kelly Rd Wilmington, NC 28409-3161 | Common | 33 | Shareholder |
| Michael Nixon & Ila Nixon JT TEN 121 Sunset Ave Wilmington, NC 28401 | Common | 1,136 | Shareholder |
| Kenneth L Norris & Candace P Norris JT TEN 108 Sand Hill Road Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Charles W Norris 307 Claremont Lane Sneads Ferry, NC 28460 | Common | 343 | Shareholder |
| Ronald K North & Charlene A North JT TEN 405 Upland Dr Wilmington, NC 28411 | Common | 963 | Shareholder |
| W C Nowell & Carolyn Nowell JT TEN 287 Fulchers Landing Rd Sneads Ferry, NC 28460 | Common | 68 | Shareholder |
| Robert O'Briant Jr & Georgia O'Briant JT TEN PO Box 10841 Southport, NC 28461 | Common | 861 | Shareholder |
| James R O'Dell & Rebecca A O'Dell JT TEN 276 Austin Lane Newton Grove, NC 28366 | Common | 171 | Shareholder |

Sheet    35    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                     ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rosemary O'Hayer 1104 Pointe Summerset Drive Wilmington, NC 28403 | Common | 412 | Shareholder |
| John Oden 309 North 21th Street Wilmington, NC 28405 | Common | 171 | Shareholder |
| Clifford Owens & Tammy Owens JT TEN 173 Ben Williams Road Jacksonville, NC 28540 | Common | 343 | Shareholder |
| Frank E Owens & Whitney S Owens JT TEN 6444 Tucker Avenue Mc Lean, VA 22101 | Common | 515 | Shareholder |
| James T Owens & Christine J Owens JT TEN 145 Owens Ln Sneads Ferry, NC 28460 | Common | 1,722 | Shareholder |
| Golie L Owens TOD Debbie S Owens 266 Peiffer Avenue Wilmington, NC 28409 | Common | 137 | Shareholder |
| Rachel P Pace 825 Inlet View Dr Wilmington, NC 28409-2106 | Common | 171 | Shareholder |
| Billy F Parker & Elizabeth N Parker JT TEN 4911 Rembert Drive Raleigh, NC 27612 | Common | 171 | Shareholder |
| James W Parker & Gloria Parker JT TEN 3684 Highway 24 Newport, NC 28570 | Common | 171 | Shareholder |
| Kerry W Parker & Linda M Lyon Parker JT TEN 702B Norfolk Lane Alexandria, VA 22314 | Common | 480 | Shareholder |
| Thomas W Parker 37 Rubin Walk Fredericksburg, VA 22405 | Common | 171 | Shareholder |

Sheet    36    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation                         ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Wade L Parker<br>Carolyn S Parker JT TEN<br>4316 Gordon Rd<br>Wilmington, NC 28405 | Common | 515 | Shareholder |
| Marylynn Patterson Cust<br>J Patterson SC UGMA<br>PO Box 597<br>Due West, SC 29639 | Common | 1,549 | Shareholder |
| Marylynn Patterson Cust<br>R Patterson SC UGMA<br>PO Box 597<br>Due West, SC 29639 | Common | 1,549 | Shareholder |
| Jerry P Payton<br>204 First Street<br>Hampstead, NC 28443 | Common | 171 | Shareholder |
| George B Perry<br>7809 Niffer Lane<br>Wilmington, NC 28412 | Common | 256 | Shareholder |
| Joyce E Persky SUCC TTEE<br>Johnathan Persky REV TRUST<br>1740 Wildrose CT<br>Highland Park, IL 60035-5517 | Common | 790 | Shareholder |
| Joyce E Persky SUCC TTEE<br>Laura Persky REV TRUST<br>1740 Wildrose Ct<br>Highland Park, IL 60035 | Common | 790 | Shareholder |
| Annabel J Peters<br>8083 Teague Farm Lane<br>Kernersville, NC 27284 | Common | 342 | Shareholder |
| Dwight L Peterson &<br>Laura I Peterson JT TEN<br>PO Box 371<br>Sneads Ferry, NC 28460-0371 | Common | 171 | Shareholder |
| Janet Petris<br>Scotia Hall 109<br>2200 Elm Ave<br>Laurinburg, NC 28352 | Common | 33 | Shareholder |
| Felicia G Phipps &<br>Tommy C Spivey JT TEN<br>1700 Soft Wind Way<br>Wilmington, NC 28403 | Common | 171 | Shareholder |

Sheet  37  of  55  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                         ,        Case No. _____

                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Piedmont Transportation<br>Attn: John Miller<br>Box 156/2361 Ben Yount Ln<br>Vale, NC 28168-8646 | Common | 861 | Shareholder |
| Frank J Piscetelli &<br>Connie Piscetelli JT TEN<br>1138 Groppo CV<br>Wilmington, NC 28412-2542 | Common | 343 | Shareholder |
| Elsie H Plummer<br>2182 New River Inlet Rd #180<br>North Topsail Beach, NC 28460 | Common | 171 | Shareholder |
| Kathy H Poore &<br>Ted H Poore JT TEN<br>1010 Timber Run Drive<br>Salisbury, NC 28146 | Common | 688 | Shareholder |
| Patricia M Popoulias &<br>Michael Popoulias JT TEN<br>4730 Silva Terra Drive<br>Wilmington, NC 28412 | Common | 137 | Shareholder |
| Porters Neck Chiropractic Inc<br>Attn: Managing Agent<br>8207 D Market St<br>Wilmington, NC 28411 | Common | 275 | Shareholder |
| Leigh T Powell CUST<br>Ginny Powell NC UTMA<br>3101 Birnamwood Rd<br>Raleigh, NC 27607 | Common | 110 | Shareholder |
| Thomas Cox Powell III<br>8525 Caldbeck Dr<br>Raleigh, NC 27615 | Common | 1,377 | Shareholder |
| Gayle W. Powell<br>PO Box 283<br>Whiteville, NC 28472 | Common | 1,722 | Shareholder |
| Leigh T Powell<br>3101 Birnamwood Rd<br>Raleigh, NC 27607 | Common | 163 | Shareholder |
| Marvin C Powers &<br>Bonnie A Powers JT TEN<br>104 Eldorado Court<br>Jacksonville, NC 28546 | Common | 171 | Shareholder |

Sheet   38   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Felecia Prease & Whitney Prease JT TEN 3001 Answorth Ct Wilmington, NC 28405-6425 | Common | 171 | Shareholder |
| Arthur L. Presnell Jr 6310 Ferncliff Dr Concord, NC 28027 | Common | 1,720 | Shareholder |
| Kristie Priest & Melvyn Priest Jr JT TEN 325 CCC Rd Council, NC 28434 | Common | 68 | Shareholder |
| Kristie Priest C/F Jarret Priest UGMA/NC 325 CCC Rd Council, NC 28434 | Common | 18 | Shareholder |
| David C Prince 2214 D Wrightsville Ave Wilmington, NC 28403 | Common | 77 | Shareholder |
| R&T-Exch Agt for Unex S/H of Bank of Wilmington #4890 10 Commerce Dr Cranford, NJ 07016 | Common | 19,096 | Shareholder |
| Lloyd C Ranew & Kathleen N Ranew JT TEN 1224 S Peninsula Dr #401 Daytona Beach, FL 32118 | Common | 343 | Shareholder |
| Jeffrey M Ranew 3 Toulouse Place Greenville, SC 29615 | Common | 343 | Shareholder |
| Adam V Relan 2201 Bel Arbor Pl Wilmington, NC 28403 | Common | 137 | Shareholder |
| Dina I Relan 2201 Bel Arbor PL Wilmington, NC 28403 | Common | 137 | Shareholder |
| Jody R. Relan 827 Hillside Ave Glen Ellyn, IL 60137 | Common | 1,722 | Shareholder |
| Scott J Relan 2201 Bel Arbor Pl Wilmington, NC 28403 | Common | 137 | Shareholder |

Sheet __39__ of __55__ continuation sheets attached to the List of Equity Security Holders

In re    Cape Fear Bank Corporation                      ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Terri J Richardson<br>1308 Lanvale Rd<br>Leland, NC 28451 | Common | 27 | Shareholder |
| Betty G Riddle<br>1009 W Cole St<br>Dunn, NC 28334 | Common | 688 | Shareholder |
| Robert A Riley &<br>Frances B Riley TTEES<br>17521 SE 112th Ave<br>Summerfield, FL 34491 | Common | 171 | Shareholder |
| R W Rivenbark Jr Ttee<br>Raymond Rivenbark Family Trst<br>588 Stratford Drive<br>Blue Ridge, VA 24064 | Common | 171 | Shareholder |
| Jerry Rivenbark<br>610 Forest Hills Dr<br>Wilmington, NC 28403 | Common | 6 | Shareholder |
| Peggy G Rivenbark<br>744 Shady Lane Rd<br>Watha, NC 28478 | Common | 275 | Shareholder |
| Thomas E Roberson &<br>Susan M Roberson JT TEN<br>2905 Harvard Dr<br>Wilmington, NC 28403 | Common | 894 | Shareholder |
| Thomas E Roberson<br>2905 Harvard Drive<br>Wilmington, NC 28403 | Common | 228 | Shareholder |
| John W Robertson Jr<br>PO Box 958<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Steven Robinson &<br>Bonnie Robinson JT TEN<br>PO Box 700<br>Atlantic Beach, NC 28512 | Common | 515 | Shareholder |
| James H Robinson Jr &<br>Robin W Robinson JT TEN<br>1940 Hawthorne Rd<br>Wilmington, NC 28403-5329 | Common | 171 | Shareholder |
| Dudley L Rogers Jr<br>5546 Peden Point Rd<br>Wilmington, NC 28409 | Common | 458 | Shareholder |

Sheet   __40__   of   __55__   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jackie L Rogerson<br>5865 Bear Grass Road<br>Williamston, NC 27892 | Common | 343 | Shareholder |
| Peter R Rogol<br>73 West Rock Avenue<br>New Haven, CT 06515 | Common | 170 | Shareholder |
| George William Rohe<br>4101 Black Sycamore Dr<br>Charlotte, NC 28226 | Common | 861 | Shareholder |
| Bryan Ventin Roles &<br>Martha S Roles JT TEN<br>433 Pine Hurst Cir<br>Hampstead, NC 28443 | Common | 68 | Shareholder |
| Bryan Ventin Roles C/F<br>Sarah Roles UGMA/NC<br>433 Pine Hurst Cir<br>Hampstead, NC 28443 | Common | 68 | Shareholder |
| Robert Roslund &<br>Patricia Roslund JT TEN<br>1102 N Country Club Dr<br>Schenectady, NY 12309 | Common | 861 | Shareholder |
| Victoria L Runyon<br>PO Box 631<br>Wrightsville Beach, NC 28480 | Common | 343 | Shareholder |
| Johnny M Russ &<br>Beverly C Russ JT TEN<br>202 Friendly Lane<br>Wilmington, NC 28409 | Common | 412 | Shareholder |
| Brenda G Russ<br>226 Bermuda Drive<br>Wilmington, NC 28401 | Common | 137 | Shareholder |
| Oma Taylor Russell<br>609-A South Lumina Avenue<br>Wrightsville Beach, NC 28480 | Common | 515 | Shareholder |
| OMA Taylor Russell<br>TOD Louise Montgomery<br>609-A South Lumina Avenue<br>Wrightsville Beach, NC 28480 | Common | 137 | Shareholder |
| Joseph T. Sample<br>PO Box 388<br>Garner, NC 27529-0388 | Common | 16,722 | Shareholder |

Sheet    41    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   Cape Fear Bank Corporation                                    ,        Case No. _____

                                                Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Darleen J Samuels<br>PO Box 385<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Ricardo F Sanchez<br>205 E Jimmy St<br>Candor, NC 27229 | Common | 275 | Shareholder |
| Carl Wayne Sandlin<br>348 N Country Club Dr<br>Kenansville, NC 28649-8926 | Common | 1,240 | Shareholder |
| Newton D Sasser Jr<br>PO Box 100<br>Sneads Ferry, NC 28460 | Common | 861 | Shareholder |
| Annette W Sauls<br>10579 NC 50 N<br>Angier, NC 27501 | Common | 157 | Shareholder |
| Joanna C A Schimizzi &<br>David G Schimizzi JT TEN<br>8528 Castle Cliff Drive<br>Matthews, NC 28105 | Common | 308 | Shareholder |
| Suzanne K Scholte<br>3014 Castle Rd<br>Falls Church, VA 22044 | Common | 551 | Shareholder |
| Mark J Schulman &<br>Debra Schulman TEN COM<br>5616 Marsh Bay Dr<br>Wilmington, NC 28409 | Common | 861 | Shareholder |
| Georgia Amerson Scott<br>18055 NC Hwy 210<br>Rocky Point, NC 28457 | Common | 1,722 | Shareholder |
| James L Seay Jr &<br>Mary E Seay JT TEN<br>5410 Cross Creek Road<br>Wilmington, NC 28403 | Common | 275 | Shareholder |
| Frank Seiferth &<br>Dorothy Seiferth TRUSTEES<br>232 Par Dr<br>Williamsburg, VA 23188 | Common | 688 | Shareholder |
| Seiferth Living Trust<br>Frank/Dorothy Seiferth TRS<br>232 Par Drive<br>Williamsburg, VA 23188 | Common | 1,722 | Shareholder |

Sheet   42   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| T Scott Sessions C/F<br>Graceanna Sessions UGMA/NC<br>105 Pecan Avenue<br>Lake Waccamaw, NC 28450 | Common | 688 | Shareholder |
| T Scott Sessions CUST<br>Sealy Jane Sessions<br>105 Pecan Avenue<br>Lake Waccamaw, NC 28450 | Common | 688 | Shareholder |
| Jerry Setzer Jr CUST<br>Charles Setzer SC UGMA<br>483 Connecticut Ave<br>Spartanburg, SC 29302 | Common | 171 | Shareholder |
| CS Shaw &<br>Gail Shaw DJA<br>109 Blackbrook Lane<br>Wilmington, NC 28409 | Common | 309 | Shareholder |
| Harry M. Shaw<br>217 Lisbon St<br>Clinton, NC 28328 | Common | 13,781 | Shareholder |
| Judy C Shaw<br>PO Box 25<br>Four Oaks, NC 27524 | Common | 171 | Shareholder |
| George L Sheets<br>Box 157<br>Sparta, NC 28675 | Common | 343 | Shareholder |
| Juanita Shepard C/F<br>Tristan Cook UTMA NC<br>1123 Factory Rd<br>Hampstead, NC 28443 | Common | 33 | Shareholder |
| Danika L Showalter &<br>C Showalter TR, C Hargett<br>20759 Steamside Place<br>Ashburn, VA 20147 | Common | 343 | Shareholder |
| Edith H Sills<br>406 Shuney Street<br>Wilmington, NC 28409 | Common | 171 | Shareholder |
| Michael Simon &<br>Jinwei Nui JT TEN<br>2974 Northeast 14th Avenue<br>Hillsboro, OR 97124 | Common | 137 | Shareholder |

Sheet __43__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carole J Smart<br>530 Lea Drive<br>Hampstead, NC 28443 | Common | 171 | Shareholder |
| Bonnie Smith &<br>Arthur J Smith JT TEN<br>1261 Washington Acres Rd<br>Hampstead, NC 28443 | Common | 170 | Shareholder |
| Charles E Smith &<br>Doris J Smith JT TEN<br>202 Navaho Trail<br>Wilmington, NC 28409 | Common | 343 | Shareholder |
| Darryl M Smith &<br>Cheryl L Smith JT TEN<br>3220 Orchestra Ct<br>Apex, NC 27539 | Common | 343 | Shareholder |
| Paul M Smith &<br>Mary L Smith JT TEN<br>509 Deer Creek Drive<br>Swansboro, NC 28584-9702 | Common | 171 | Shareholder |
| W L Smith &<br>Margaret T Smith JT TEN<br>1605 Viking Court<br>Wilmington, NC 28405 | Common | 137 | Shareholder |
| Annette M Smith<br>5013 Crosswinds Drive<br>Wilmington, NC 28409 | Common | 343 | Shareholder |
| Charles G. Smith<br>454 Womble Street<br>Oak Island, NC 28465 | Common | 4,306 | Shareholder |
| John J Smith<br>PO Box 837<br>Atlantic Beach, NC 28512 | Common | 171 | Shareholder |
| Mildred R Smith<br>99 Arn Ward Road<br>Whiteville, NC 28472 | Common | 137 | Shareholder |
| Sharon L. Smith<br>6603 Providence Rd<br>Wilmington, NC 28411 | Common | 1,722 | Shareholder |

Sheet   44   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                                ,        Case No. _____

                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SNL Financial LLC<br>C/O Daniel Oakey<br>One SNL PLaza Box 2124<br>Charlottesville, VA 22902 | Common | 1 | Shareholder |
| Carolyn B Soders<br>10315 S Olde Towne Wynd SE<br>Leland, NC 28451-8414 | Common | 171 | Shareholder |
| J. Winton Southerland &<br>Jackie Southerland JT TEN<br>166 Country Sq Lane<br>Jacksonville, NC 28540-3041 | Common | 1,722 | Shareholder |
| Corey M Southerland<br>410 N Belvedere Dr<br>Hampstead, NC 28443 | Common | 99 | Shareholder |
| Donna B Spears C/F<br>Penn S Compton<br>Box 963<br>Oxford, NC 27565-0963 | Common | 137 | Shareholder |
| Donna B Spears CUST<br>Kinsley B Compton<br>Box 963<br>Oxford, NC 27565 | Common | 137 | Shareholder |
| Donna Bryan Spears<br>144 Pine Cone Dr<br>Oxford, NC 27565 | Common | 1,377 | Shareholder |
| Evelyn H Spence<br>10805 Leslie Dr<br>Raleigh, NC 27614 | Common | 515 | Shareholder |
| Latessa A Spiers CUST<br>Mary E Spiers UTMA NC<br>1611 Windy Ridge Rd<br>Charlotte, NC 28270 | Common | 688 | Shareholder |
| Latessa Ann Spiers<br>1611 Windy Ridge Rd<br>Charlotte, NC 28270-1107 | Common | 688 | Shareholder |
| Marsha Spiller &<br>Rex D. Sidbury JT TEN<br>1658 Watts Landing Rd<br>Hampstead, NC 28443 | Common | 1,722 | Shareholder |

Sheet    45    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    Cape Fear Bank Corporation                      ,        Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donna M Spivey & Tommy C Spivey JT TEN 1700 Softwind Way Wilmington, NC 28403 | Common | 861 | Shareholder |
| Tommy C.Spivey & Donna M. Spivey JT TEN 1700 Soft Wind Way Wilmington, NC 28403 | Common | 5,167 | Shareholder |
| John B St Leger 707 Maiden Choice Ln #7105 Catonsville, MD 21228 | Common | 343 | Shareholder |
| Michael D Stacey 413 Rivage Promenade Wilmington, NC 28412 | Common | 171 | Shareholder |
| David W Stack & Marie R Stack JT TEN 326 NE 54th St Oak Island, NC 28465 | Common | 171 | Shareholder |
| Marie R Stack 326 NE 54th St Oak Island, NC 28465-4905 | Common | 171 | Shareholder |
| Judith D Stanaland 1710 Beach Dr SW Calabash, NC 28467 | Common | 328 | Shareholder |
| Mary P Stanford CUST Christopher Taylor NC UTMA PO Box 1236 Oak Island, NC 28465 | Common | 171 | Shareholder |
| James C Stasios & Maria M Stasios JT TEN 424 Camway Drive Wilmington, NC 28403 | Common | 171 | Shareholder |
| Richard A Steinkopf & Jane D Steinopf JT TEN 4308 Fireside Court Wilmington, NC 28412 | Common | 137 | Shareholder |
| Helen W Stevens & Kelly L Stevens JT TEN 5630 Oak Bluff Lane Wilmington, NC 28409 | Common | 688 | Shareholder |

Sheet   46   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Terry L Stewart<br>1125 Veranda Ct<br>Leland, NC 28451-7790 | Common | 171 | Shareholder |
| Charles H Stolze &<br>Cheryl E Stolze JT TEN<br>2240 Providence Street<br>Falls Church, VA 22043 | Common | 412 | Shareholder |
| Charles H Stolze &<br>Cheryl Stolze TEN ENT<br>2240 Providence St<br>Falls Church, VA 22043 | Common | 137 | Shareholder |
| Sasha Strickland<br>1523 34th St NW<br>Washington, DC 20007 | Common | 137 | Shareholder |
| Earl R Swaney &<br>Linda K Swaney JT TEN<br>Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Vila Rae Swaney TOD<br>Bradford E Swaney<br>PO Box 102<br>Sneads Ferry, NC 28460 | Common | 343 | Shareholder |
| Wanda O. Swanson<br>199 Lancashire Run<br>Smithfield, NC 27577-8028 | Common | 1,722 | Shareholder |
| Bobby Gene Taylor<br>PO Box 445<br>Sneads Ferry, NC 28460 | Common | 33 | Shareholder |
| Linwood E Taylor<br>PO Box 845<br>Sneads Ferry, NC 28460 | Common | 515 | Shareholder |
| Sam Taylor<br>118 Dogwood Lane<br>Sneads Ferry, NC 28460 | Common | 515 | Shareholder |
| Kenyon P Temple<br>105 River Drive<br>Southport, NC 28461 | Common | 343 | Shareholder |
| Bethany M Terry<br>121 Stoneybrook Rd<br>Wilmington, NC 28411-7866 | Common | 2 | Shareholder |

Sheet __47__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                        ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Mary Ann Matthewson Rev Trust DTD 3/28/01 6680 Beulah Hill Church Rd West End, NC 27376 | Common | 861 | Shareholder |
| Louis Walker Thomas III & Bonnie E Thomas JT TEN 365 Beacon Lane Sneads Ferry, NC 28460 | Common | 343 | Shareholder |
| Diane L. Thomas 92 Red Maple Dr Pawleys Island, SC 29585 | Common | 1,722 | Shareholder |
| George Thomas PO Box 324 Four Oaks, NC 27524 | Common | 447 | Shareholder |
| Joyce G Thomas 1410 Pendergress Rd Sanford, NC 27330 | Common | 860 | Shareholder |
| Patricia B Thompson 109 Baker St Winters, CA 95694-1907 | Common | 75 | Shareholder |
| Jennifer W Thurston Tod John W Thurston 309 Deerfield Road Castle Hayne, NC 28429 | Common | 825 | Shareholder |
| Hollace L Tiger 506A Spartanburg Ave Carolina Beach, NC 28428-5209 | Common | 85 | Shareholder |
| Bonnie T Tompkins C/F Anthony J Tompkins UGMA/NC 19521 NC Highway 210 Rocky Point, NC 28457 | Common | 137 | Shareholder |
| Douglas M Tompkins PO Box 11 Ennice, NC 28623 | Common | 861 | Shareholder |
| Suzanne O Turner & Bruce L Turner JT TEN 106 Lake Drive Sterling, VA 20164 | Common | 171 | Shareholder |

Sheet   48   of   55   continuation sheets attached to the List of Equity Security Holders

In re    Cape Fear Bank Corporation                                    ,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William R Turner III & William R Turner Jr JT TEN 5208 Clear Run Drive Wilmington, NC 28403 | Common | 170 | Shareholder |
| Otis R Tuter Jr PO Box 1114 Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| Two-Ten Investors Inc Attn: Harry M. Shaw 217 Lisbon St Clinton, NC 28328 | Common | 13,781 | Shareholder |
| Ashley Tyler CUST FBO Jackson Tyler UTMA NC 5001 Godfrey Way Wilmington, NC 28409 | Common | 6 | Shareholder |
| R Mitchel Tyler CUST Jackson Tyler UGMA NC PO Box 222 Lake Waccamaw, NC 28450 | Common | 275 | Shareholder |
| Deborah F Tyman 501 Hunt Street Whiteville, NC 28472 | Common | 171 | Shareholder |
| Mary S Urban C/F Richard G Urban UGMA/NC 7890 Market Street Wilmington, NC 28411 | Common | 137 | Shareholder |
| Mario Vaillancourt 1125 Veranda Ct Leland, NC 28451 | Common | 171 | Shareholder |
| Daniel G Valentine & Karen K Valentine JT TEN 334 Zonnie Ln Hampstead, NC 28443-8707 | Common | 137 | Shareholder |
| Karen Valentine C/F Brandi A Yeager UGMA/NC 334 Zonnie Ln Hampstead, NC 28443-8707 | Common | 137 | Shareholder |
| Ronald S Vaughn & Belinda C Vaugh JT TEN PO Box 832 Sneads Ferry, NC 28460 | Common | 343 | Shareholder |

Sheet   49   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     Cape Fear Bank Corporation                                    ,     Case No. _____

                                         Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Travis J Veach<br>PO Box 363<br>Sneads Ferry, NC 28460 | Common | 861 | Shareholder |
| Don W Viets Jr<br>1227 Forest Drive<br>Whiteville, NC 28472 | Common | 171 | Shareholder |
| Charlene F Waggett TTEE<br>Charlene Waggett Rev Trst<br>612 Bayshore Dr<br>Wilmington, NC 28411 | Common | 1,170 | Shareholder |
| John D Waggett<br>612 Bayshore Drive<br>Wilmington, NC 28411 | Common | 205 | Shareholder |
| Ronnie C Walker Sr &<br>Ronnie C Walker Jr JT TEN<br>204 West C Street<br>Erwin, NC 28339 | Common | 429 | Shareholder |
| Ronnie C Walker Sr &<br>Brian K Walker JT TEN<br>204 West C Street<br>Erwin, NC 28339 | Common | 429 | Shareholder |
| Jerry W Wallace<br>1415 Balls Creek Rd<br>Claremont, NC 28610 | Common | 137 | Shareholder |
| Jason H Ward &<br>Anita J Ward JT TEN<br>2718 Creek Point Rd<br>Graham, NC 27253 | Common | 203 | Shareholder |
| John H Ward &<br>Rita C Ward JT TEN<br>3035 Lebanan Church Road<br>Clarendon, NC 28452 | Common | 137 | Shareholder |
| Joan G Ward<br>6448 Shinnwood Road<br>Wilmington, NC 28403 | Common | 171 | Shareholder |
| William H Ward<br>Dianne D Ward JT TEN<br>744 Tar Landing Road<br>Holly Ridge, NC 28445 | Common | 393 | Shareholder |

Sheet   50   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Cape Fear Bank Corporation                                              ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Meredith P Warshaw<br>1000 East 8th Street<br>Austin, TX 78702 | Common | 171 | Shareholder |
| Joyce S Warwick &<br>Lindsay Yarbrough JT TEN<br>89 Dales Dr<br>Whiteville, NC 28422 | Common | 12 | Shareholder |
| Margaret S Washington<br>1012 Redding Rd<br>Asheboro, NC 27203 | Common | 256 | Shareholder |
| Ellen D Watts<br>226 Brighton Rd<br>Wilmington, NC 28405 | Common | 275 | Shareholder |
| Lisa Wayne C/F<br>Jonathan Wayne Jr UGMA/NC<br>805 Wood Cove Road<br>Wilmington, NC 28409 | Common | 137 | Shareholder |
| Gary L Weaver<br>8111 Schooner Place<br>Wilmington, NC 28412 | Common | 205 | Shareholder |
| G Steve Webb &<br>Sarah B Webb JT TEN<br>129 Bell Pointe<br>Sneads Ferry, NC 28460 | Common | 343 | Shareholder |
| Thomas C Webb Sr<br>527 Peru Rd<br>Sneads Ferry, NC 28460 | Common | 861 | Shareholder |
| Elisabeth Weckenmann C/F<br>Chase Weckenmann UGMA/NC<br>5316 Ivocet Drive<br>Wilmington, NC 28409 | Common | 137 | Shareholder |
| Hazel G Wells<br>5061 Penderlea Highway<br>Willard, NC 28478 | Common | 343 | Shareholder |
| Hendrick C Wells<br>PO Box 697<br>Sneads Ferry, NC 28460 | Common | 515 | Shareholder |
| Joyce M Wentz<br>4104-102 Breezewood Dr<br>Wilmington, NC 28412 | Common | 137 | Shareholder |

Sheet    51    of    55    continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                      ,                    Case No. _____
                                                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kenneth S White<br>3412 Upton Court<br>Wilmington, NC 28401 | Common | 171 | Shareholder |
| Edward W. Whitesides<br>2310 Waverly Dr<br>Wilmington, NC 28403 | Common | 1,722 | Shareholder |
| Gwynne T Whitley C/F<br>William D Allen UGMA/NC<br>3735 Providnece Manor Road<br>Charlotte, NC 28270 | Common | 275 | Shareholder |
| Kim M. Whitten &<br>Christopher Whitten JT TEN<br>3350 Woodcreek Dr<br>Charlottesville, VA 22911 | Common | 3,960 | Shareholder |
| Kim M Whitten C/F<br>Anna M Whitten UGMA/NC<br>3350 Woodcreek Dr<br>Charlottesville, VA 22911 | Common | 205 | Shareholder |
| Kim M Whitten C/F<br>Tobyn Whitten UGMA/NC<br>3350 Woodcreek Dr<br>Charlottesville, VA 22911 | Common | 411 | Shareholder |
| Kim M Whitten<br>3350 Woodcreek Dr<br>Charlottesville, VA 22911 | Common | 669 | Shareholder |
| James P Whittenton &<br>Margaret Whittenton JT TEN<br>1055 Tilghman Rd<br>Dunn, NC 28334 | Common | 861 | Shareholder |
| David O Whittenton Jr &<br>Jennifer H Whittenton JT TEN<br>608 Bumpas Creek Rd<br>Dunn, NC 28334 | Common | 343 | Shareholder |
| David O Whittenton Jr CUST<br>E Dare Whitteton NC UTMA<br>608 Bumpus Creek Rd<br>Dunn, NC 28334 | Common | 171 | Shareholder |
| Elizabeth D Whittenton<br>608 Bumpas Creek Access<br>Dunn, NC 28334 | Common | 429 | Shareholder |

Sheet __52__ of __55__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                              ,      Case No. _____
                                                  Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Helen B Williams C/F Claire Williams UTMA/NC 2009 Carrbridge Way Raleigh, NC 27615 | Common | 110 | Shareholder |
| Helen B Williams CUST Mitchell G Williams UTMA NC 2009 Carrbridge Way Raleigh, NC 27615 | Common | 137 | Shareholder |
| Annette Williams 2132 Woodyard Road Riegelwood, NC 28456 | Common | 515 | Shareholder |
| Terryce E Willis 911 Main Street PO Box 7109 Navassa, NC 28451 | Common | 137 | Shareholder |
| Williston Corporation Attn: Managing Agent 1348 Sycamore Rd Virginia Beach, VA 23452-6025 | Common | 429 | Shareholder |
| Deborah S. Willoughby 2200 Effingham Circle Raleigh, NC 27615 | Common | 171 | Shareholder |
| Jeffrey W Winegardner 422 Pinehurst Circle Hampstead, NC 28443 | Common | 137 | Shareholder |
| E Juanita Winner TOD Rob R Slaughter PO Box 231 Carolina Beach, NC 28428-0231 | Common | 137 | Shareholder |
| Morton N Winter & Ellen S Winter JT TEN 3910 Fawn Creek Dr Kingwood, TX 77339 | Common | 1,048 | Shareholder |
| Walter O. Winter 1105 Harborway Pl Wilmington, NC 28405 | Common | 24,941 | Shareholder |
| Natalie E Wiseman 119 Greer Street Defiance, OH 43512 | Common | 171 | Shareholder |

Sheet   53   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                    ,      Case No. _____

                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Richard E Witherspoon & Kelly B Witherspoon JT TEN 139 Dogwood Lane Hampstead, NC 28443 | Common | 137 | Shareholder |
| Robin Wood CUST Kimberly Wood NC/UTMA 622 Culler Ct Wilmington, NC 28409 | Common | 84 | Shareholder |
| Ewell A Woolard & Esther S Woolard JT TEN 162 Biglings Creek Rd Sneads Ferry, NC 28460 | Common | 171 | Shareholder |
| WPL Investments LLC Attn: Managing Agent PO Box 147 Parkton, NC 28371 | Common | 1,722 | Shareholder |
| David L Yancey 4164 Ripken Clrcle W Jacksonville, FL 32224 | Common | 275 | Shareholder |
| Joel B Yancey 7611 Rathlin Court Charlotte, NC 28270 | Common | 275 | Shareholder |
| L Clement Yancey Box 945 Oxford, NC 27565 | Common | 6000 | Shareholder |
| Charles L Yates & Sandra L Yates JT TEN 138 Biglings Creek Rd Sneads Ferry, NC 28460 | Common | 343 | Shareholder |
| Earl B Yates & Patsy C Yates JT TEN 120 Hill Lane Sneads Ferry, NC 28460 | Common | 1,722 | Shareholder |
| David T Yee & Laura L Yee JT TEN 23 Mount Pleasant Rd Morristown, NJ 07960 | Common | 343 | Shareholder |
| Ronald Yopp Jr 2211 Hwy 172 Sneads Ferry, NC 28460 | Common | 6 | Shareholder |

Sheet  54  of  55  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    Cape Fear Bank Corporation                                              ,    Case No. _____
                                                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ronald A Yopp Sr & Wilma E Yopp JT TEN 100 Sea Turtle Cove Sneads Ferry, NC 28460 | Common | 515 | Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___   June 23, 2009 _____        Signature  /s/ Ralph Strayhorn _____
                                                                                    Ralph Strayhorn
                                                                                    President and CEO

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet   55   of   55   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina-Wilson Division

In re    Cape Fear Bank Corporation                       Case No. _____

                                  Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 23, 2009                /s/ Ralph Strayhorn

                                   Ralph Strayhorn/President and CEO
                                   Signer/Title

CAPE FEAR BANK CORPORATION
PO BOX 97157
RALEIGH, NC 27624

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX ROAD NE #1000
ATLANTA, GA 30326

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

NC DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

JACK S AARDEMA &
MARGARET AARDEMA JT TEN
PO BOX 256
WRIGHTSVILLE BEACH, NC 28480

BART S ADAMS CUST
A ADAMS UTMA
BOX 1448
DUNN, NC 28335-1448

BART S. ADAMS CUST
K ADAMS UTMA
BOX 1448
DUNN, NC 28335-1448

JOSEPH A ALBANESE &
ELISA M ALBANESE JT TEN
1111 UPPER REACH DRIVE
WILMINGTON, NC 28409

JOSEPH ALBANESE CUST
ELISA M ALBANESE NC UTMA
1111 UPPER BEACH DRIVE
WILMINGTON, NC 28409

MELDAH L ALDERTON &
REGINALD R ALDERTON JT TEN
503 MACON DR
WILMINGTON, NC 28412

R C ALLEN &
BELINDA D ALLEN JT TEN
PO BOX 34
SNEADS FERRY, NC 28460

HENRY S ALLEN JR &
NANCY B ALLEN JT TEN
3957 FIVE POINTS RD
SHELBY, NC 28150

GEORGE L. ALSINA &
JUDITH V ALSINA JT TEN
216 E SHOREWOOD CIRCLE
EMERALD ISLE, NC 28594

WILLIAM F ANDERSON &
HAZELINE E ANDERSON JT TEN
4216 TILLSON RD
WILMINGTON, NC 28412

MARLON K ANDREWS &
MELISSA R ANDREWS JT TEN
3129 BREAMAR LN
WILMINGTON, NC 28409

ROBERT A ANDREWS SR &
EDNA T ANDREWS JT TEN
4506 HOLLY TREE ROAD
WILMINGTON, NC 28412

STEPHEN E ANTINORI
145 VIRGINIA LANE
SNEADS FERRY, NC 28460

LACY N ATKINSON
247 ATKINSON LOOP ROAD
HAMPSTEAD, NC 28443

MARVIN E AUTRY
32 OAK RD
HAMPSTEAD, NC 28443

GORDON W. BAILEY &
SUSANNE P. BAILEY JT TEN
2420 LAKELAND DR
SANFORD, NC 27330

JAMES BAILEY III
828 NORTH BLVD
BATON ROUGE, LA 70821

LAURA S. BAILEY
828 NORTH BLVD
BATON ROUGE, LA 70802

CAROLYN A BAKER
136 CASWELL BEACH ROAD
OAK ISLAND, NC 28465

PHILLIP Y BAKER
116 STOKLEY RD
WILMINGTON, NC 28403

HOWARD P BALDWIN &
JACQUELINE C BALDWIN JT TEN
13058 HAYNES LENNON RD
EVERGREEN, NC 28438

ELDRIDGE R. BAREFOOT SR &
SALLIE H BAREFOOT JT TEN
1445 BETHEL BAPTIST RD
SPRING LAKE, NC 28390

CORY T BARNHILL
745 PINEY WOODS RD
BURGAW, NC 28425

MICHAEL BARRI
217 QUILON CIRCLE
WILMINGTON, NC 28412

GERALD F BARTO
334 CHEROKEE TRAIL
WILMINGTON, NC 28409

MARY B BASTIAN
TOD BILLY J BASTIAN
610 WHITTLE COURT
WILMINGTON, NC 28411

LARRY J. BATSON &
LINDA G BATSON JT TEN
338 SEAMANOR DRIVE
HOLLY RIDGE, NC 28445

LOIS BATTEN CUST FBO
DANIELLE M KUNKLEMAN
220 ELM STREET
WHITEVILLE, NC 28472

EVA R BATTLE CUST
JASON R BATTLE NC UTMA
1520 FLUSHING DRIVE
WILMINGTON, NC 28411

LEROY BEASLEY JR &
SONDRA A BEASLEY JT TEN
5094 EDINBORO LN
WILMINGTON, NC 28409

JANET D BEDSAUL
PO BOX 92
LADSON, SC 29456

CHARLES E BELL
807 ROCKY MOUNT AVE
CAROLINA BEACH, NC 28428

NEIL C BENDER II &
BRIDGET H BENDER JT TEN
119 ISLAND BRIDGE WAY
WILMINGTON, NC 28412

VIRGINIA BEURY-HELMS &
FLEET V HELMS JT TEN
PO BOX 985
CAROLINA BEACH, NC 28428

BKWW STATUTORY TRUST I
C/O WILMINGTON TRUST CO
1100 NORTH MARKET ST
WILMINGTON, DE 19890-1600

LINDA C BLACKBURN
PO BOX 2115
SURF CITY, NC 28445-9821

ISAAC L BLAYLOCK &
SALLY F BLAYLOCK JT TEN
4209 ASHLEY PARK DR
WILMINGTON, NC 28412

PHILIP E BLOEDORN TTEE
PHILIP BLOEDORN REV TRST
2217 OCEAN POINT DR
WILMINGTON, NC 28405

A PRESTON BLUE &
EUNICE C BLUE JT TEN
621 ROBERT E LEE DRIVE
WILMINGTON, NC 28412

TONY O BLUE &
JACQUEL D BLUE JT TEN
708 BURNEY ST
WILMINGTON, NC 28412

NANCY S BOLICK
321 10TH AVE NE #A-5
CONOVER, NC 28613-3610

RONALD S BONDULICH &
HELGA M BONDULICH JT TEN
1205 S TOPSAIL DR
SURF CITY, NC 28445

HELGA M BONDULICH
1205 S TOPSAIL DRIVE
SURF CITY, NC 28445

EDMUND B. BOOKMAN JR &
JANE N. BOOKMAN JT TEN
117 TROMBAY DR
WILMINGTON, NC 28412

CLARENCE BOONE &
BARBARA BOONE JT TEN
15 CHRISTY ST
NORWALK, CT 06850

DEIDRE D BOONE
300 FLAXHILL RD UNIT 17
NORWALK, CT 06854

LOU IDA BOONE
PO BOX 62
HALLSBORO, NC 28442

FRANCE N BORER &
WILLIAM F BORER JT TEN
556 OSPREY DRIVE
HAMPSTEAD, NC 28443

ROBERT M BOWEN &
JUDY W BOWEN JT TEN
836 PAGE MILL ROAD
CERRO GORDO, NC 28430

JANNA M BOWEN
87 WOODLIEF ACRES RD
ELIZABETHTOWN, NC 28337

HERBERT H BOWERS
60 REMINGTON COURT
YOUNGSVILLE, NC 27596-8739

EDWARD BOYLES
2600 SHERWOOD AVE
CHARLOTTE, NC 28207

DAVID W BOYLSTON &
MARGARET M BOYLSTON JT TEN
413 WINDEMERE ROAD
WILMINGTON, NC 28405

ROBERT V BRADLEY
14830 FOREST MIST WAY
CHARLOTTE, NC 28273

STEVE R BRADLEY
PO BOX 552
JACKSONVILLE, AR 72076

SUSAN H. BRADSHAW TTEES
SUSAN H BRADSHAW TRUST
3812 CITY OF OAKS WYND
RALEIGH, NC 27612

S. MICHELLE BRADSHAW
3812 CITY OF OAKS WYND
RALEIGH, NC 27612

C. MARTIN BRANN
7825 BURLINGTON RD
HURDLE MILLS, NC 27541

LE-THI BRANNON
1781 CHICORA RD
DUNN, NC 28334-6495

ROBERT BRENNER &
BRENDA BRENNER JT TEN
113 ANSONIA RD
WOODBRIDGE, CT 06525

MARY ANN BRIDGER
417 W BLACKBEARD RD
WILMINGTON, NC 28409

DONNA G BRINKER
TOD TEENA S GEORGE
5546 PEDEN POINT ROAD
WILMINGTON, NC 28409

JACOB A BRINSON
8429 BALD EAGLE LANE
WILMINGTON, NC 28405

JUDITH K BROUSSARD
2565 WHITE CAP LANE SW
SUPPLY, NC 28462

HORACE B BROWN &
ROSE A BROWN JT TEN
PO BOX 316
SNEADS FERRY, NC 28460

WILLIAM G BROWN &
ATHENA R BROWN JT TEN
2 TWIN OAKS DRIVE
CASTLE HAYNE, NC 28429

DANNY C BROWN
4495 NC HIGHWAY 50 SOUTH
CHINQUAPIN, NC 28521

DEAN BROWN
4495 NC HIGHWAY 50 SOUTH
CHINQUAPIN, NC 28521

GREGORY BROWN
958 MILL CREEK ROAD
HAMPSTEAD, NC 28443

SCOTT H BROWN
4495 NC HIGHWAY 50 SOUTH
CHINQUAPIN, NC 28521

JO ANN H BRYAN
BOX 963
OXFORD, NC 27565

BRUNHILDE S. BRYANT
137 CRABSHELL LN
SNEADS FERRY, NC 28460

DENISE A BRYANT
C/O ROBERT BRYANT
137 CRABSHELL LANE
SNEADS FERRY, NC 28460

HERMAN E BRYANT
LOUISE B BRYANT JT TEN
750 STEPHENSON ROAD
BENSON, NC 27504

ROBERT B BRYANT
195 HILL LN
SNEADS FERRY, NC 28460

CHARLES E BUCKNER &
MARCIA BUCKNER JT TEN
278 STOCKINGHEAD ROAD
ROSE HILL, NC 28458

ANNE C BUNTING C/F
KATHERINE S GADDY UTMA/NC
2101 JUMPIN RUN
WILMINGTON, NC 28403

ANNE C BUNTING C/F
GEORGE A GADDY UGMA/NC
WILMINGTON, NC 28403

MARGARET E BURKE &
TOMMIE B BURKE JT TEN
9 PINE COURT DRIVE
SILER CITY, NC 27344

WILLIAM H BURNEY &
HAZEL D BURNEY JT TEN
2850 DOCTOR KERR ROAD
IVANHOE, NC 28447

RUSSELL T BURNEY JR
301 EMBASSY CIRCLE
WILMINGTON, NC 28412

BRIAN B. BURNEY
C/O JOYCE W KING
1326 RAND DR
RALEIGH, NC 27608

LYNN M BURNEY
301 EMBASSY CIRCLE
WILMINGTON, NC 28412

ROYCE D BYRD
466 ROBERT E LEE DR
WILMINGTON, NC 28412-6732

PAIGE C CABE
2712 COBBLESTONE DR
SANFORD, NC 27330

ROBERT C CANTWELL &
MARY D CANTWELL JT TEN
5420 RESERVE ROAD
WILMINGTON, NC 28409

ROBERT A. CAPPS &
BRYANNA E. CAPPS JT TEN
411 PERU RD
SNEADS FERRY, NC 28460

RONALD CAPPS &
MARY P CAPPS JT TEN
2020 JEFFERSON STREET
WILMINGTON, NC 28401

MADELINE P CAPPS
226 SHANNON DRIVE
WILMINGTON, NC 28409

ALMA M CAREY &
JAMES I CAREY JT TEN
PO BOX 554
BURKEVILLE, VA 23922

JAMES I CAREY
100 MALULI DR
OXFORD, NC 27565

JEANNETTE M CAREY
100 MALULI DRIVE
OXFORD, NC 27565

MICHAEL G CARLTON
206 CHALON DR
CARY, NC 27511

CAROLINA INVESTMENTS, LTD
C/O DAVID LEWIS
3316 RED BERRY DRIVE
WILMINGTON, NC 28409

ROBERT CARPENTER SR &
LANA CARPENTER JT TEN
133 RICHARD RIGGS ROAD
SWANSBORO, NC 28584

JAMES O CARR
3631 6TH STREET NE
HICKORY, NC 28601

LORAY F. CARR
1508 BRUNWICK DR
DUNN, NC 28334-2104

ANDREW J CASCARDI
1000 UPPER REACH DRIVE
WILMINGTON, NC 28409

NELL M CASSELL &
THOMAS M CASSELL JT TEN
905 SCHALL PLACE
JACKSONVILLE, NC 28540

THOMAS M CASSELL
7305 SHELL MIDDEN CT
WILMINGTON, NC 28411

FCC CUST GAIL CAULDER IRA
1300 STONE HAVEN CT
WILMINGTON, NC 28411-7423

CBH CONSTRUCTION INC
ATTN: MANAGING AGENT
PO BOX 500
DELCO, NC 28436

CEDE & CO
ATTN: MANAGING AGENT
PO BOX 20
NEW YORK, NY 10004

JOHN F CHANEY
PO BOX 1251
WRIGHTSVILLE BEACH, NC 28480

JANETTE D CHANNING &
DONALD R CHANNING JT TEN
80 BISHOP BRANCH LANE SW
LELAND, NC 28451

ELIZABETH S CHASE
PO BOX 85
WHITEVILLE, NC 28472

ADAM W CHERRY
3007 CORIANDER DR
NEW BERN, NC 28562

BRIAN M CHERRY
6920 SILLIMAN DR
CHESTERFIELD, VA 23832

MATHEW R CHERRY
3007 CORIANDER DR
NEW BERN, NC 28562

JOHN P. CHITWOOD
3607 STEMBRIDGE CT
WILMINGTON, NC 28409

PHILIP R CHRISTMAS &
BARBARA H CHRISTMAS JT TEN
1208 WILLIAMSBURG CT
WILMINGTON, NC 28405

RUTH M CLOUD
PO BOX 3113
JASPER, AL 35502

JESSE M COBURN JR CUST
JESSE M COBURN III GA UTMA
0127 SHANE COURT
DILLON, CO 80435

JESSE M COBURN JR CUST
LISA L COBURN GA UTMA
127 SHANE COURT
DILLON, CO 80435

JESSE M COBURN JR CUST
VIRGINIA A COBURN GA UTMA
0127 SHANE COURT
DILLON, CO 80435

JESSE M COBURN JR
0127 SHANE CT
DILLON, CO 80435

J. CAMERON COBURN
C/O MICHAEL C LORD, ATTY
3200 BEACHLEAF CT
RALEIGH, NC 27604

NANCY COFIELL
550 GRAND MANOR CT
WILMINGTON, NC 28405

STEVEN L COHEN
TOD JUDITH L WHEELER
801 SPY GLASS FOURT
WILMINGTON, NC 28405

WILLIAM M COLE
619 WEDGEWOOD DRIVE
WHITEVILLE, NC 28472

MICHAEL R COLLINS &
TERESA H COLLINS JT TEN
902 MOUNTAIN VIEW RD
KING, NC 27021

ROBERT CONDON &
THERESA CONDON JT TEN
620 SAWGRASS ROAD
HAMPSTEAD, NC 28443

WILLIAM H COOL
DEBRA ANN COOL JT TEN
6220 PASTURE DRIVE
CASTLE HAYNE, NC 28429

NANCY L COOPER
TOD LINDA L TAYLOR
4140 BREEZEWOOD DR APT 102
WILMINGTON, NC 28412-2492

RICHARD K COVELL &
PHYLLIS M COVELL JT TEN
3708 PROVIDENCE CT
WILMINGTON, NC 28412

LEE F. COWPER
6020 JOSHUAS LANDING LANE
WILMINGTON, NC 28409

DAN CRAIG
PO BOX 3055
ROXBORO, NC 27573

WILLIAM N CRAWFORD &
BARBARA W CRAWFORD JT TEN
408 EAST CREEK VIEW DR
HAMPSTEAD, NC 28443

THOMAS S CREWS &
SANDRA T CREWS JT TEN
3306 GREENHOWE DRIVE
WILMINGTON, NC 28409

GLORIA C CRIST CUST
FOR AVA S ERICKSON UTMA/RI
324 EAST RD
TIVERTON, RI 02878

W LEE CROUCH JR
523 CAUSEWAY DR
WRIGHTSVILLE BEACH, NC 28480

BETTY BUGG CROUCH
1902 BREWTON COURT
WILMINGTON, NC 28403

W. LEE CROUCH
C/O WALTER LEE CROUCH JR
523 CAUSEWAY DR
WRIGHTSVILLE BEACH, NC 28480

EDITH V DALE &
MORGAN J DALE JT TEN
1605 NEW RIVER INLET RD
N TOPSAIL BEACH, NC 28460

MATTHEW D DALE &
ANGELA M DALE JT TEN
3611 TERRAMORE DR
MELBOURNE, FL 32940

CAROLYN DALE
102 COUNTRY CLUB APTS
DALLAS, PA 18612

WINDELL J DANIELS &
CHERYL D DANIELS JT TEN
3214 LIVIA CIRCLE
RALEIGH, NC 27604

WILMA W. DANIELS
501 EDGEWATER CLUB RD
WILMINGTON, NC 28411

RUTH ANN DANILUK &
SAMON E. DANILUK JT TEN
972 HOOD DR
WILMINGTON, NC 28409

RICHARD P DAVIS &
JACKIE S DAVIS JT TEN
2106 HEATHER HILL LOOP
THE VILLAGES, FL 32162

WILLIAM T DAVIS &
NECIA A DAVIS JT TEN
151 DAVIS LANE
SNEADS FERRY, NC 28460

THOMAS H DAVIS III
10646 HARRISON RD
BERLIN, MD 21811

WILLIE DAVIS JR &
MIRIAM E DAVIS JT TEN
PO BOX 471
RIEGELWOOD, NC 28456

ANGELA K DAVIS
2709 NEWKIRK AVE
WILMINGTON, NC 28412

MARIANNE B DETGEN
C/O PAULA GOBLE
6169 BALMORAL DR
DUBLIN, OH 43017

RHONDA L DEVANE &
GARY C DEVANE JT TEN
185 ROCKFISH ESTATES LANE
WALLACE, NC 28466

BESS B & RONALD B DIETRICK
TTEES BESS B DIETRICK LIVING
3313 AMMONS DRIVE
WILMINGTON, NC 28405

FAITH DIETRICK
4302 HEATHER RIDGE DRIVE
WILMINGTON, NC 28405-6408

EMMA MAXWELL DINEEN
109 ABALONE DRIVE
WILMINGTON, NC 28411

JAMES R DINEEN
109 ABALONE DRIVE
WILMINGTON, NC 28411

WILLIAM M DIXON JR
PO BOX 179
BOONE, NC 28607

GABRIEL W. DOBO &
BARBARA B DOBO JT TEN
PO BOX 424
WRIGHTSVILLE BEACH, NC 28480

JULIE M DOWNS &
JOSHUA DOWNS JT TEN
120 HIGH BROOK DR
WAXHAW, NC 28713

JON D DUKE &
MARGARET O DUKE JT TEN
165 OWENS LANE
SNEADS FERRY, NC 28460

JAMES E DUNN &
JANICE W DUNN JT TEN
PO BOX 200
MAPLE HILL, NC 28454

RALPH A DUNN SR &
SNADRA R DUNN JT TEN
3221 BRAGG DRIVE
WILMINGTON, NC 28409

ROBERT E DUNN SR &
NAOMI H DUNN JT TEN
PO BOX 978
SNEADS FERRY, NC 28460

RUSSELL E DYBVIK &
CHRISTIANE DYBVIK REV LIV TRST
4753 WEDGEFIELD DR
WILMINGTON, NC 28409

CHARLES DZIUBA CUST
EMILY DZIUBA OR UTMA
1235 MOFFITT AVE
BETHLEHEM, PA 18018

CHARLES M DZIUBA CUST
CATHRINE DZIUBA PA UTMA
1235 MOFFITT AVE
BETHLEHEM, PA 18018

ELIZABETH B EARLEY
PO BOX 916
SNEADS FERRY, NC 28460-0916

JEREMY D EDENS
PO BOX 1024
SNEADS FERRY, NC 28460

NANCY M EDENS
PO BOX 993
SNEADS FERRY, NC 28460

STEVEN L EDENS
PO BOX 993
SNEADS FERRY, NC 28460

JAMES F EGLER CUST
ELIZABETH J EGLER NC UTMA
10421 SUMMERTON DRIVE
RALEIGH, NC 27614

AMBERLY G ELDRIDGE &
HORTENSE B ELDRIDGE JT TEN
1009 WESTHAVEN STREET
DUNN, NC 28334

DEBBIE S ELLIOTT
6219 TREE TOAD ROAD
WILMINGTON, NC 28411

B W ELSTON
966 CYPRESS CREEK RD
WALLACE, NC 28466

ROBERT S EMMER
4710 WALTMOOR ROAD
WILMINGTON, NC 28409

DONALD W. ENNIS
1800 EASTWOOD RD UNIT 248
WILMINGTON, NC 28403

HERBERT J ERNE JR &
MARY B ERNE JT TEN
6523 MACPASS CORNER ROAD
WILMINGTON, NC 28409

DONN S EVANS &
MELISSA F EVANS JT TEN
814 SHINN POINT ROAD
WILMINGTON, NC 28409

PATRICIA P EVANS C/F
ETHAN T EVANS UGMA/NC
8300 RIVER ROAD SE
SOUTHPORT, NC 28461

PATRICIA P EVANS C/F
JESSICA L EVANS UGMA/NC
8300 RIVER ROAD SE
SOUTHPORT, NC 28461

PATRICIA P EVANS C/F
LAINEY M EVANS
8300 RIVER ROAD SE
SOUTHPORT, NC 28461

PATRICIA P EVANS C/F
TYLER W EVANS UGMA/NC
8300 RIVER ROAD SE
SOUTHPORT, NC 28461

ELIZABETH S EVERETT &
A K EVERETT JR TEN COM
119 EVERETT LN
SNEADS FERRY, NC 28460

RUBIN EVERETT TOD
SALLY ANN DUENOW
1201 OLD FOLKSTON RD
SNEADS FERRY, NC 28460

RUBIN W EVERETT
1201 OLD FOLKSTON RD
SNEADS FERRY, NC 28460

ANTHONY J FARINOLA
126 BLUEBELL DR
GEORGETOWN, TX 78633

FDIC RECEIVOR CAPE FEAR BN
ATTN: ANDREW GILBERT, ATTY
3501 N FAIRFAX DR VSE7124
ARLINGTON, VA 22226

JESSICA H FERANEC
8673 SW76 PLACE
GAINESVILLE, FL 32608

DONALD FISHER &
RUBY FISHER JT TEN
301 SHAMROCK DRIVE
WILMINGTON, NC 28409

JESSE C FISHER JR &
GAYE S FISHER JT TEN
600 SOUTH MADISON ST
WHITEVILLE, NC 28472

ELENI S FLOWERS
5620 GREEN TURTLE LN
WILMINGTON, NC 28409-2104

HELEN S FLOWERS
TOD ELENI S FLOWERS
5620 GREEN TURTLE LN
WILMINGTON, NC 28409

LARRY W FLOWERS
TOD HELEN S FLOWERS
5620 GREEN TURTLE LN
WILMINGTON, NC 28409

ELIZABETH P FLYNT
104 DUNCROFT CT
APEX, NC 27502

MAUREEN FOOTE
1049 KINGS LANDING RD
HAMPSTEAD, NC 28443

THURSTON G FORMY-DUVAL &
DEBORAH FORMY-DUVAL JT TEN
1042 HEADWATER COVE LN
WILMINGTON, NC 28403

EVELYN B FOWLER &
JF FOWLER JT TEN
903 MOCKSVILLE RD
SALISBURY, NC 28144

EVELYN B FOWLER
903 MOCKSVILLE RD
SALISBURY, NC 28144

JAMES F FOWLER
903 MOCKSVILLE RD
SALISBURY, NC 28144

ELLEN M FRANK &
CHARLES B FRANK JT TEN
9356 HORSE SHOE CIRCLE
FORT MILL, SC 29715

MELVIN W FRANK &
CAREN N FRANK JT TEN
10604 MOSS MILL LANE
CHARLOTTE, NC 28277

ROBERT J FREDERICK II
PO BOX 116
ROSE HILL, NC 28458

SYLVIA R FREEMAN
402 SPIKE RUSH COURT
WILMINGTON, NC 28405

RUTH ANNE FRIEDRICHS &
ADAM/SHANNON FRIEDRICHS JT TEN
24 WEST GREESBORO STREET
WRIGHTSVILLE BEACH, NC 28480

CLIFTON D FULCHER &
DEBRA FULCHER JT TEN
1924 KUDROW LN
MORRISVILLE, NC 27560

WILLIAM C FULCHER &
MONICA FULCHER JT TEN
2100 ROSIE LN
SNELLVILLE, GA 30078

GENE A FULCHER
3500 BLUE BANKS LOOP RD
LELAND, NC 28451

PAMELA A FURR
135 KNOLL ROAD
SOUTHERN PINES, NC 28387

JONATHAN D FUSSELL &
LEAH M FUSSELL JT TEN
300 RIVER RIDGE DR
WALLACE, NC 28458

VIVIAN GARDNER &
HENRY GARDNER JT TEN
2922 NEWKIRK AVENUE
WILMINGTON, NC 28412

SHEILA H GASKINS &
WALTON E GASKINS JR JT TEN
229 NORTHBROOK DRIVE
WILMINGTON, NC 28405

DEAN R GATTONE
3714 GRANTHAM CT
WILMINGTON, NC 28409

STEVEN F GAUSE &
SHARON H GAUSE JT TEN
3908 HAWKS NEST DRIVE
CASTLE HAYNE, NC 28429

SARAH K. GEORGE
1201 RIVER REACH DR #309
FORT LAUDERDALE, FL 33315-118

TEENA S GEORGE
202 MOHICAN TRAIL
WILMINGTON, NC 28409

TEENA S GEORGE
TOD ROGER M GEORGE
202 MOHICAN TRAIL
WILMINGTON, NC 28409

WALTER F GIBFORD
653 LAWSHE CT
WILMINGTON, NC 28412

A.J. GIDEON
PO BOX 2882
SURF CITY, NC 28445

ELBERT RAY GIDEON
604 N NEW RIVER DR
SURF CITY, NC 28445

CHARLES P GORE &
SOPHRONIA S GORE JT TEN
4928 MANLEY SMITH ROAD
NAKINA, NC 28455

WILBUR R GORE &
INA F GORE JT TEN
13318 SEVEN CREEKS HWY
NAKINA, NC 28455

DANA L GORE
1008 MEADOWGRASS LANE
LELAND, NC 28451-7462

JAMES M GRAY &
DIANE S GRAY JT TEN
128 CHICORA CLUB DR
DUNN, NC 28334

MICHAEL T GREENE
1613 FRANCES AVE
FORT PIERCE, FL 34949

TIMOTHY M GREENE
1613 FRANCES AVE
FORT PIERCE, FL 34949

JUDY GREENHUT &
STEVE CURRIE JT TEN
239 WATER OAKS COURT
KURE BEACH, NC 28449

DONNA W GRICE
PO BOX 837
WRIGHTSVILLE BEACH, NC 28480

ROBERT H GURGANUS &
DORIS B GURGANUS JT TEN
PO BOX 7777
SHALLOTTE, NC 28470

CHARLES H. HAGWOOD
1005 MEADOWBROOK DR
GARNER, NC 27529

BERNIE A HAILEY &
ELIZABETH S HAILEY JT TEN
125 SOUTH BELVEDERE DR
HAMPSTEAD, NC 28443

CALVIN HALL &
ZADIE V HALL JT TEN
1066 LONGVIEW RD
KELLY, NC 28448

BENJAMIN B HALTERMAN &
MARY B HALTERMAN JT TEN
2305 CHESTNUT STREET
WILMINGTON, NC 28405

JERRY HAMILTON
250 EAST PINE STREET
LILLINGTON, NC 27546

GARY W HAMM &
S HAMM & J KARANGALEN
215 GINGER ROAD
WILMINGTON, NC 28405

GARY W HAMM &
SOPHIA C HAMM JT TEN
215 GINGER ROAD
WILMINGTON, NC 28405

GARY W HAMM C/F
BRITTANY KARANGALEN UGMA/NC
215 GINGER ROAD
WILMINGTON, NC 28405

GARY W HAMM C/F
HALEY KARANGALEN UGMA/NC
215 GINGER ROAD
WILMINGTON, NC 28405

ANN BRYAN HANCOCK
721 COLLEGE ST
OXFORD, NC 27565

JUSTIN T HARGETT &
TRAVIS & ROBERT HARGETT, TTEE
2812 CLEVELAND AVENUE
STEUBENVILLE, OH 43952

HARLAN M TEN PAS TR
MARSHALL J. PERSKY REV TRUST
1740 WILDROSE CT
HIGHLAND PARK, IL 60035-5517

RICHARD K HARRELL
217 OXBOW LANDING
BURGAW, NC 28425

SANDRA P HARRIS &
MARVIN E HARRIS JT TEN
104 TEAL CIRCLE
HAMPSTEAD, NC 28443

WILLIAM J HARRIS &
BESSIE W HARRIS JT TEN
9664 STURGEON DR NE
LELAND, NC 28451

JAMES W HARRIS JR
697 KEITH HILLS RD
LILLINGTON, NC 27546

THOMAS A HARTY &
MARLENE M HARTY JT TEN
334 AZALEA DRIVE
WILMINGTON, NC 28409

MARY B HAYES &
JILL H ROBERTSON JT TEN
1305 FAIRFIELD DRIVE
GASTONIA, NC 28054

AUBREY E HAYES
4715 MAZUR DRIVE
CASTLE HAYNE, NC 28429

MARSHA P HAYES
4715 MAZUR DRIVE
CASTLE HAYNE, NC 28429

WILLIS PEARL HEDGEPETH
7509 SPYGLASS WAY
RALEIGH, NC 27615

JAKE HEFNER
750 LAKEVISTA LN
TAYLORSVILLE, NC 28681

GARY C HENDRIX &
HELEN M HENDRIX JT TEN
612 LAKEDALE ROAD
COLFAX, NC 27235

KEVIN R HENNELLY &
JEFFREY W THOMPSON JT TEN
441 OAK STREET
WALNUT COVE, NC 27052

CHARLES HERMANSON JR &
PATRICIA HERMANSON JT TEN
355 STELLA ROAD
STELLA, NC 28582

KAREN L. HESS
3512 THORNWOOD CT
RALEIGH, NC 27613

LESTER D HEWETT &
NANCY M HEWETT JTWROS
PO BOX 192
SUPPLY, NC 28462

MARGIE Y HILBURN
2745 NC HWY 53 W
BURGAW, NC 28425

JEREMY R H HILLARD
110 HAMPTON DRIVE
PLYMOUTH, NC 27962

FREDERICK E HINSON &
JOANN HINSON JT TEN
5655 JAMES B WHITE HWY SOUTH
WHITEVILLE, NC 28472

JAMES R HINSON
850 SWAN NECK LN
RALEIGH, NC 27615

JANET H HINSON
219 E CLAY ST
WHITEVILLE, NC 28472

MARY B HOCK
191 NANDINA DR
HAMPSTEAD, NC 28443

ARTHUR R HODGE
301 CARLSON DRIVE
MIDWAY PARK, NC 28544

BRADLEY L HOLLAND
PO BOX 424
CAROLINA BEACH, NC 28428

ERWIN F HOLLAND
PO BOX 689
CAROLINA BEACH, NC 28428

WARREN HOSTETLER &
STEPHANIE HOSTETLER JT TEN
300 HOSTETLER LANE
SNEADS FERRY, NC 28460

MARIE HOUCK TOD
GEORGE K HOUCK
PO BOX 451
WRIGHTSVILLE BEACH, NC 28443

L. GERALD HOWELL
8079 CHRISTIAN LIGHT RD
FUQUAY VARINA, NC 27526

JOAN O HUBBARD
3 MORAGA COURT
WILMINGTON, NC 28412

RICHARD W HUETTNER
9343 PITTS ROAD
BERLIN, MD 21811

JOHNNY A IVEY &
DANA B IVEY JT TEN
6229 RICHARD BRADLEY DRIVE
WILMINGTON, NC 28409

BARBARA JACKSON
5102 N CREEK ROAD
WILMINGTON, NC 28409

DON A JACKSON
309 PETTIGREW DRIVE
WILMINGTON, NC 28412

ELLIS W JARMAN &
SUSAN H JARMAN JT TEN
110 CROJACK LANE
WILMINGTON, NC 28409

SONJA K JEFFORDS
1834 S CENTER RD
DARLINGTON, SC 29532-6705

OWEN E JENKINS &
AUDREY JENKINS JT TEN
121 SWAN POINT RD
SNEADS FERRY, NC 28460

LEE P JERNIGAN &
AMY H JERNIGAN JT TEN
238 TOPSAIL WATCH DR
HAMPSTEAD, NC 28443

SAMM B JERNIGAN &
TERESA B JERNIGAN JT TEN
3552 IRIS ST
WILMINGTON, NC 28409

BOBBY S. JERNIGAN
10628 TIMOTHY RD
DUNN, NC 28334

BARBARA J. JOHANSEN
8417 SIDBURY RD
WILMINGTON, NC 28411

KENNETH A JOHNSON &
KATHLEEN A JOHNSON JT TEN
109 OLDE POINT LOOP
HAMPSTEAD, NC 28443-8480

KEVIN K JOHNSON &
C JOHNSON TR, C HARGETT TR
4222 WILLIAMSBURY DR
EAU CLAIRE, WI 54703

ROBERT A JOHNSON &
KATHERN E JOHNSON JT TEN
BOX 458
FOUR OAKS, NC 27524

DONALD L JOHNSON
906 MERRY ST
DUNN, NC 28334

TWILA M JONES C/F
CHARLES M JONES UGMA/NC
426 EAST CREEKVIEW
HAMPSTEAD, NC 28443

FREDERICK W JONES
3088 PINEY WOODS RD
BURGAW, NC 28425

LINDA K JORDAN C/F
LEIGH JORDAN UGMA/NC
539 KENNY JORDAN RD
TABOR CITY, NC 28463

ERICA JULIEN
125 LASALLE STREET
WILMINGTON, NC 28411

K E AUSTIN CORPORATION
ATTN: MANAGING AGENT
3301 BURNT MILL DR
WILMINGTON, NC 28403-2699

CARL KACZMARSKI &
CAROL KACZMARSKI JT TEN
11 MEADOWBROOK ALLEY
BARNEGAT, NJ 08005

DOUGLAS E KEEN &
LINDA S KEEN JT TEN
209 BRETONSHIRE ROAD
WILMINGTON, NC 28405

LINDA S KEEN &
DOUGLAS E KEEN JT TEN
209 BRETONSHIRE ROAD
WILMINGTON, NC 28405

MELISSA M KIRKBY
533 CAMWAY DRIVE
WILMINGTON, NC 28403

IRENE D KISLER
1548 GRANDFLORA DR
LELAND, NC 28451

AMY KLASS
2305 DANBURY RD
GREENSBORO, NC 27408

ELIZABETH W KLINE C/F
MACKENZIE C KLINE UGMA/NC
2547 CROQUEST DR UNIT 6
WILMINGTON, NC 28412-5195

ELIZABETH W KLINE C/F
TUCKER L KLINE UGMA/NC
2547 CROQUET DR UNIT6
WILMINGTON, NC 28412-5195

PATRICIA L KNOX CUST
CATHERINE ALSTON KNOX NC UTMA
510 VALLEY RD
FAYETTEVILLE, NC 28305

PATRICIA L KNOX CUST
JOHN B KNOX NC UTMA
510 VALLEY RD
FAYETTEVILLE, NC 28305

GARY N KRAMER
307 FULLER CIRCLE
WHITEVILLE, NC 28472

RAPHAEL KRASA &
DEBRA KRASA JT TEN
14 PORTER RD
NATICK, MA 01760

MICHAEL A KUGATOW &
CAROLYN G KUGATOW JT TEN
PO BOX 2459
SURF CITY, NC 28445

JANET L LAMBERT CUST
WILLIAM T LAMBERT NC UTMA
67 WILLETT ROAD
SILER CITY, NC 27334

DWIGHT E LANEY &
MARAGRET Q LANEY JT TEN
442 LONG LEAF ACRES DRIVE
WILMINGTON, NC 28405

WILLIAM G. LANKAS SR &
CAROLYN P. LANKAS JT TEN
180 MISTY HOLLOWS LN
SNEADS FERRY, NC 28460

PHILLIP W LANZI &
JAMIE B LANZI JT TEN
3210 GRAYLYN TERRACE
WILMINGTON, NC 28405

EDWARD S LASSITER &
MARY K LASSITER JT TEN
1606 BRUNSWICK DRIVE
DUNN, NC 28334

E KEEN LASSITER
PO BOX 2636
WINTERVILLE, NC 28590

LINDA LAVIN
411 S FRONT ST
WILMINGTON, NC 28401

REBECCA S LAYMON
506 BRADLEY CREEK POINT
WILMINGTON, NC 28403

ROBERT B LEDER &
LINDA O LEDER JT TEN
PO BOX 937
WHITEVILLE, NC 28472

DAVID C LEE &
JENNIFER W LEE JT TEN
107 WILD BERRY LAND
HAMPSTEAD, NC 28443

JOHN W LESTER &
MELISSA D LESTER JT TEN
100 DRIFTWOOD CT
WRIGHTSVILLE BEACH, NC 28480

WILLIAM P LEWIS II CUST
CAROLINE H LEWIS NC UTMA
PO BOX 1314
WILMINGTON, NC 28402

WILLIAM P LEWIS II
PO BOX 1314
WILMINGTON, NC 28402

JANE LEWIS
7712 LOST TREE RD
WILMINGTON, NC 28411-9160

LINDA C KRAULK
BOX 564
MAGNOLIA, NC 28453-0564

EDWARD ALAN LION
812 EVERETTE'S CREEK DR
WILMINGTON, NC 28405

GREGORY J LITTLETON
3131 9TH STREET DR NE #35
HICKORY, NC 28601

SANDRA D LOGAN &
JOANTHANA M LOGAN JT TEN
352 PILCHERS BRANCH RD
HOLLY RIDGE, NC 28445

LARRY D LOGSDON &
MARGARET D LOGSDON JT TEN
3436 CATHERINE LAKE ROAD
CHINQUAPIN, NC 28521

JOSEPH O LOKER &
ANDREA M LOKER JT TEN
501 SADDLE HORN DR
MCKINNEY, TX 75071

JEFFREY J LONGMAN &
KRISTEN L LONGMAN JT TEN
6713 RED CEDAR RD
WILMINGTON, NC 28411

ALEJANDRO S LOPEZ
2527 SHADEBRANCH CT
WILMINGTON, NC 28411

KENNETH A LUCAS
7424 CHAPEL HILL ROAD
RALEIGH, NC 27607

DAVID G LUCHT
2605 IRON GATE DR STE 100
WILMINGTON, NC 28412

RAY G LUTZ
22 COLUMBIA DR
MARLTON, NJ 08056

JIMMY R. LYNCH
1110 COON RD
PINNACLE, NC 27043

DONNA D'AMICO LYNN
6236 TEAL STREET 1A
WILMINGTON, NC 28403

R JAMES MACLAREN
1408 AVENEL DRIVE
WILMINGTON, NC 28411

DINA M MAHONEY &
JOHN J MAHONEY JT TEN
1338 GRADIFLORA DRIVE
LELAND, NC 28451

BRYAN M MAHONEY
1013 NATURAL SPRINGS WAY
LELAND, NC 28451

FRED M MALIGA
1609 HAWTHORNE ROAD
WILMINGTON, NC 28403

AMY MANINA
8101 GALWOOD DRIVE
LINDEN, NC 28356

JAMES R MARLEY JR &
BEVERLY S MARLEY JT TEN
253 VERONA ROAD
JACKSONVILLE, NC 28540

JOEY D MARLOWE &
DEBRA P MARLOWE JT TEN
5033 MONCK COURT
WILMINGTON, NC 28409

NANCY M MARSH
202 BROOKSIDE DRIVE
ANDOVER, MA 01810

TOMMY D MARTIN &
SANDRA H MARTIN JT TEN
123 N W 8TH STREET
LONG BEACH, NC 28465

JOHN W MATHEWS
685 LOVE MILL ROAD
WHITEVILLE, NC 28472

JOSEPH MAUZ
JULIE MAUZ JT TEN
3005 ISLAND DRIVE SE
BOLIVIA, NC 28422

LEON J MAVROLAS &
MARY S MAVROLAS JT TEN
525 LONG LEAF ACRES DRIVE
WILMINGTON, NC 28405

MARK L MAYNARD &
ANNA U MAYNARD JT TEN
110 SKYSTASAIL DR
WILMINGTON, NC 28409

MARK L. MAYNARD
110 SKYSTASAIL DR
WILMINGTON, NC 28409

PAUL E MCARDLE
333 SPARTAN DRIVE
WILMINGTON, NC 28405

JOHN D MCCARLEY III
4010 CAROLINA BEACH RD
WILMINGTON, NC 28412

DAVID L MCCLUNEY
6094 IRONWOOD CT
HARRISBURG, NC 28075

ESTHER MCCREEDY TTEE
ESTHER MCCREEDY LIVING TRU
925 NORTH UNION ST
TECUMSEH, MI 49286

RALPH MCCUE JR CUST
ANNE MCCUE OH UTMA
598 DELAWARE AVE
AKRON, OH 44303

RALPH W MCCUE JR
598 DELAWARE AVE
AKRON, OH 44303

ANNE J MCCUE
598 DELAWARE AVE
AKRON, OH 44303

JEAN ELLEN MCCUE
598 DELAWARE AVE
AKRON, OH 44303

NANCY MCDOWELL CUST
SELENA MCDOWELL NC UTMA
1717 WINDWARD PL
SHALLOTTE, NC 28470

NANCY MCDOWELL CUST
THOMAS MCDOWELL NC UTMA
1717 WINDWARD PL
SHALLOTTE, NC 28470

PATRICIA A MCGINNIS &
MICHAEL R MCGINNIS JT TEN
1744 CHADWICK LANDING DR
SHALLOTTE, NC 28470

HERBERT P MCKIM &
CATHERINE S MCKIM JT TEN
424 ROBERT E LEE DR
WILMINGTON, NC 28412

DEBORAH R MCKNIGHT
PO BOX 744
SNEADS FERRY, NC 28460

HANNAH P MCKOY
481 MCKOY LOOP RD
IVANHOE, NC 28447

MARY E MCLAUGHLIN
28 PINE AVE
TAKOMA PARK, MD 20912-4611

SUSAN H MCMILLAN CUST
NEIL P MCMILLAN SC UGMA
907 LAKEWOOD AVENUE
CONWAY, SC 29526

JAMES M MCMILLIAN
907 LAKEWOOD AVE
CONWAY, SC 29526

CHARLES G MCNEILL
5415 WOODRIDGE ROAD
WILMINGTON, NC 28409

DELORES M MCRAE
PO BOX 7616
WILMINGTON, NC 28406

ANGELA T MCSWAIN
1907 FENWICK PLACE
WILMINGTON, NC 28403

JASPER W MEE &
FAY S MEE JT TEN
313 BRECKENRIDGE DRIVE
WILMINGTON, NC 28412

KIMBERLY F MEE
901 BREWSTER LANE
WILMINGTON, NC 28412

FRANCIS WARREN MEEKINS
PO BOX 152
MANTEO, NC 27954

VIRGINIA H MEEKINS
PO BOX 152
MANTEO, NC 27954

JANET L MEHRMANN &
HARRY F MEHRMANN JT TEN
8244 NORMANDY ROAD
DENVER, NC 28037

THOMAS E. MELIN &
MICHELE J. MELIN JT TEN
208 BEACH ROAD NORTH
WILMINGTON, NC 28411

MARY E MERRYMAN
301 LONGSTREET DRIVE
WILMINGTON, NC 28412

EMMA T MIARS
PO BOX 3291
WILMINGTON, NC 28406

MARIANNE F MICHAEL
917 SUMMERLIN FALLS CT
WILMINGTON, NC 28412-5173

ANNA M MILLER &
LISA A MILLER JT TEN
PO BOX 1729
WILMINGTON, NC 28402-1729

CHARLES T MILLER &
BETTY H MILLER JT TEN
429 LONG LEAF ACRES DRIVE
WILMINGTON, NC 28405

GRACIE W MILLER &
TERRY T MILLER JT TEN
4904 NEW BRITTON HWY EAST
WHITEVILLE, NC 28472

GRACIE MILLER C/F
BRANDON MILLER UGMA/NC
4904 NEW BRITTON HWY E
WHITEVILLE, NC 28472

GRACIE MILLER C/F
ERIE MILLER UGMA/NC
4904 NEW BRITTON HWY E
WHITEVILLE, NC 28472

DANIEL S MILLER
350 COUNTRY WALK LN
MIDLAND, NC 28107

PATRICIA E MILLER
1051 FEARINGTON POST
PITTSBORO, NC 27312

DONNA T MILLIS &
TIMMIE L MILLS JT TEN
PO BOX 864
SNEADS FERRY, NC 28460

TIM M MILLIS
PO BOX 376
SNEADS FERRY, NC 28460

STANLEY G MINOR
2510 GUILFORD RD
WILMINGTON, NC 28403

CHARLES M MITCHELL
PO BOX 409
SNEADS FERRY, NC 28460

HELEN T MITCHUM
BOX 725
MOUNT PLEASANT, NC 28124

JAMES L MIZE &
BARBARA PAGE MIZE JT TEN
701 NORTH MAIN STREET
GRAHAM, NC 27253

JAMES C MIZE
701 N MAIN ST
GRAHAM, NC 27253

QASIM D MOHAMMAD C/F
JACOB Q MOHAMMAD UGMA/NC
817 SEABURY COURT
WILMINGTON, NC 28403

JOYCE B MONTGOMERY
5009 SUN COAST DRIVE
WILMINGTON, NC 28411

MICHAEL P MONTGOMERY
1820 WILSHIRE AVE
RALEIGH, NC 27608

CHARLES A MOONEY
2640 MIDDLE SOUND LOOP RD
WILMINGTON, NC 28411

ELLEN A MOONEY
2640 MIDDLE SOUND LOOP RD
WILMINGTON, NC 28411

JASON C MOONEY
2640 MIDDLE SOUND LOOP RD
WILMINGTON, NC 28411

LEE A MOORE &
DORIS M MOORE JT TEN
PO BOX 507
SNEADS FERRY, NC 28460

ROBERT D MOORE III
1107 CHESTNUT STREET
WILMINGTON, NC 28401

JOHN A MOORE
PO BOX 1261
WRIGHTSVILLE BEACH, NC 28480

MICHAEL G MORAN &
PATTI MORAN JT TEN
BOX 222
PINNACLE, NC 27043-0222

MICHAEL G MORAN
BOX 222
PINNACLE, NC 27043

ROBERT F MOSEMAN &
MARILYN H MOSEMAN JT TEN
723 GULFSTREAM DRIVE
KURE BEACH, NC 28449

WILLIAM H MOWERY &
KATHY J MOWERY JT TEN
5921 OXFORD GREEN DRIVE
APEX, NC 27502

DWIGHT M MURRAY &
DEBORAH M MURRAY JT TEN
104 BUCKSTONE LN
SPARTANBURG, SC 29307

JOHN W MYERS
106 VALLEY OAK DRIVE
BUNNLEVEL, NC 28323

CLARENCE S NAGEL &
JUNE M NAGEL JT TEN
49404 QUAIL TRAIL ROAD
NORWOOD, NC 28128

NAJOBE INCORPORATED
ATTN: MANAGING AGENT
5441 OLEANDER DR
WILMINGTON, NC 28403-5811

BETTY T NANCE &
ROBINETTE NANCE JT TEN
6328 WRIGHTSVILLE AV #B-1
WILMINGTON, NC 28403

JO A NELSON &
FLOYD J NELSON JT TEN
6416 SERENA COURT
WILMINGTON, NC 28411

BRECK M NEWBER &
MARY L NEWBER JT TEN
PO BOX 902
SNEADS FERRY, NC 28460

CAROL T NEWBERRY C/F
WILLIAM NEWBERRY UGMA/NC
5387 HWY 53 EAST
BURGAW, NC 28425

CAROL T NEWBERRY C/F
SARAH NEWBERRY UGMA/NC
5387 HWY 53 EAST
BURGAW, NC 28425

BARBARA NEWELL-DINKINS
TOD CRYSTAL L DINKINS
1017 ROSA PARKS LANE
WILMINGTON, NC 28409

ROBERT C NEWMAN JR &
JOSEPHINE NEWMAN CO-TTEES
1302 PORTSIDE DRIVE
WILMINGTON, NC 28405

NICK NICHOLSON &
BARBARA NICHOLSON JT TEN
10115 MASON RD
BERLIN, MD 21811

DENANA NINKOVIC
529 KELLY RD
WILMINGTON, NC 28409-3161

MICHAEL NIXON &
ILA NIXON JT TEN
121 SUNSET AVE
WILMINGTON, NC 28401

KENNETH L NORRIS &
CANDACE P NORRIS JT TEN
108 SAND HILL ROAD
SNEADS FERRY, NC 28460

CHARLES W NORRIS
307 CLAREMONT LANE
SNEADS FERRY, NC 28460

RONALD K NORTH &
CHARLENE A NORTH JT TEN
405 UPLAND DR
WILMINGTON, NC 28411

W C NOWELL &
CAROLYN NOWELL JT TEN
287 FULCHERS LANDING RD
SNEADS FERRY, NC 28460

ROBERT O'BRIANT JR &
GEORGIA O'BRIANT JT TEN
PO BOX 10841
SOUTHPORT, NC 28461

JAMES R O'DELL &
REBECCA A O'DELL JT TEN
276 AUSTIN LANE
NEWTON GROVE, NC 28366

ROSEMARY O'HAYER
1104 POINTE SUMMERSET DRIVE
WILMINGTON, NC 28403

JOHN ODEN
309 NORTH 21TH STREET
WILMINGTON, NC 28405

CLIFFORD OWENS &
TAMMY OWENS JT TEN
173 BEN WILLIAMS ROAD
JACKSONVILLE, NC 28540

FRANK E OWENS &
WHITNEY S OWENS JT TEN
6444 TUCKER AVENUE
MC LEAN, VA 22101

JAMES T OWENS &
CHRISTINE J OWENS JT TEN
145 OWENS LN
SNEADS FERRY, NC 28460

GOLIE L OWENS
TOD DEBBIE S OWENS
266 PEIFFER AVENUE
WILMINGTON, NC 28409

RACHEL P PACE
825 INLET VIEW DR
WILMINGTON, NC 28409-2106

BILLY F PARKER &
ELIZABETH N PARKER JT TEN
4911 REMBERT DRIVE
RALEIGH, NC 27612

JAMES W PARKER &
GLORIA PARKER JT TEN
3684 HIGHWAY 24
NEWPORT, NC 28570

KERRY W PARKER &
LINDA M LYON PARKER JT TEN
702B NORFOLK LANE
ALEXANDRIA, VA 22314

THOMAS W PARKER
37 RUBIN WALK
FREDERICKSBURG, VA 22405

WADE L PARKER
CAROLYN S PARKER JT TEN
4316 GORDON RD
WILMINGTON, NC 28405

MARYLYNN PATTERSON CUST
J PATTERSON SC UGMA
PO BOX 597
DUE WEST, SC 29639

MARYLYNN PATTERSON CUST
R PATTERSON SC UGMA
PO BOX 597
DUE WEST, SC 29639

JERRY P PAYTON
204 FIRST STREET
HAMPSTEAD, NC 28443

GEORGE B PERRY
7809 NIFFER LANE
WILMINGTON, NC 28412

JOYCE E PERSKY SUCC TTEE
JOHNATHAN PERSKY REV TRUST
1740 WILDROSE CT
HIGHLAND PARK, IL 60035-5517

JOYCE E PERSKY SUCC TTEE
LAURA PERSKY REV TRUST
1740 WILDROSE CT
HIGHLAND PARK, IL 60035

ANNABEL J PETERS
8083 TEAGUE FARM LANE
KERNERSVILLE, NC 27284

DWIGHT L PETERSON &
LAURA I PETERSON JT TEN
PO BOX 371
SNEADS FERRY, NC 28460-0371

JANET PETRIS
SCOTIA HALL 109
2200 ELM AVE
LAURINBURG, NC 28352

FELICIA G PHIPPS &
TOMMY C SPIVEY JT TEN
1700 SOFT WIND WAY
WILMINGTON, NC 28403

PIEDMONT TRANSPORTATION
ATTN: JOHN MILLER
BOX 156/2361 BEN YOUNT LN
VALE, NC 28168-8646

FRANK J PISCETELLI &
CONNIE PISCETELLI JT TEN
1138 GROPPO CV
WILMINGTON, NC 28412-2542

ELSIE H PLUMMER
2182 NEW RIVER INLET RD #180
NORTH TOPSAIL BEACH, NC 28460

KATHY H POORE &
TED H POORE JT TEN
1010 TIMBER RUN DRIVE
SALISBURY, NC 28146

PATRICIA M POPOULIAS &
MICHAEL POPOULIAS JT TEN
4730 SILVA TERRA DRIVE
WILMINGTON, NC 28412

PORTERS NECK CHIROPRACTIC INC
ATTN: MANAGING AGENT
8207 D MARKET ST
WILMINGTON, NC 28411

LEIGH T POWELL CUST
GINNY POWELL NC UTMA
3101 BIRNAMWOOD RD
RALEIGH, NC 27607

THOMAS COX POWELL III
8525 CALDBECK DR
RALEIGH, NC 27615

GAYLE W. POWELL
PO BOX 283
WHITEVILLE, NC 28472

LEIGH T POWELL
3101 BIRNAMWOOD RD
RALEIGH, NC 27607

MARVIN C POWERS &
BONNIE A POWERS JT TEN
104 ELDORADO COURT
JACKSONVILLE, NC 28546

FELECIA PREASE &
WHITNEY PREASE JT TEN
3001 ANSWORTH CT
WILMINGTON, NC 28405-6425

ARTHUR L. PRESNELL JR
6310 FERNCLIFF DR
CONCORD, NC 28027

KRISTIE PRIEST &
MELVYN PRIEST JR JT TEN
325 CCC RD
COUNCIL, NC 28434

KRISTIE PRIEST C/F
JARRET PRIEST UGMA/NC
325 CCC RD
COUNCIL, NC 28434

DAVID C PRINCE
2214 D WRIGHTSVILLE AVE
WILMINGTON, NC 28403

R&T-EXCH AGT FOR UNEX S/H
OF BANK OF WILMINGTON #4890
10 COMMERCE DR
CRANFORD, NJ 07016

LLOYD C RANEW &
KATHLEEN N RANEW JT TEN
1224 S PENINSULA DR #401
DAYTONA BEACH, FL 32118

JEFFREY M RANEW
3 TOULOUSE PLACE
GREENVILLE, SC 29615

ADAM V RELAN
2201 BEL ARBOR PL
WILMINGTON, NC 28403

DINA I RELAN
2201 BEL ARBOR PL
WILMINGTON, NC 28403

JODY R. RELAN
827 HILLSIDE AVE
GLEN ELLYN, IL 60137

SCOTT J RELAN
2201 BEL ARBOR PL
WILMINGTON, NC 28403

TERRI J RICHARDSON
1308 LANVALE RD
LELAND, NC 28451

BETTY G RIDDLE
1009 W COLE ST
DUNN, NC 28334

ROBERT A RILEY &
FRANCES B RILEY TTEES
17521 SE 112TH AVE
SUMMERFIELD, FL 34491

R W RIVENBARK JR TTEE
RAYMOND RIVENBARK FAMILY TRST
588 STRATFORD DRIVE
BLUE RIDGE, VA 24064

JERRY RIVENBARK
610 FOREST HILLS DR
WILMINGTON, NC 28403

PEGGY G RIVENBARK
744 SHADY LANE RD
WATHA, NC 28478

THOMAS E ROBERSON &
SUSAN M ROBERSON JT TEN
2905 HARVARD DR
WILMINGTON, NC 28403

THOMAS E ROBERSON
2905 HARVARD DRIVE
WILMINGTON, NC 28403

JOHN W ROBERTSON JR
PO BOX 958
SNEADS FERRY, NC 28460

STEVEN ROBINSON &
BONNIE ROBINSON JT TEN
PO BOX 700
ATLANTIC BEACH, NC 28512

JAMES H ROBINSON JR &
ROBIN W ROBINSON JT TEN
1940 HAWTHORNE RD
WILMINGTON, NC 28403-5329

DUDLEY L ROGERS JR
5546 PEDEN POINT RD
WILMINGTON, NC 28409

JACKIE L ROGERSON
5865 BEAR GRASS ROAD
WILLIAMSTON, NC 27892

PETER R ROGOL
73 WEST ROCK AVENUE
NEW HAVEN, CT 06515

GEORGE WILLIAM ROHE
4101 BLACK SYCAMORE DR
CHARLOTTE, NC 28226

BRYAN VENTIN ROLES &
MARTHA S ROLES JT TEN
433 PINE HURST CIR
HAMPSTEAD, NC 28443

BRYAN VENTIN ROLES C/F
SARAH ROLES UGMA/NC
433 PINE HURST CIR
HAMPSTEAD, NC 28443

ROBERT ROSLUND &
PATRICIA ROSLUND JT TEN
1102 N COUNTRY CLUB DR
SCHENECTADY, NY 12309

VICTORIA L RUNYON
PO BOX 631
WRIGHTSVILLE BEACH, NC 28480

JOHNNY M RUSS &
BEVERLY C RUSS JT TEN
202 FRIENDLY LANE
WILMINGTON, NC 28409

BRENDA G RUSS
226 BERMUDA DRIVE
WILMINGTON, NC 28401

OMA TAYLOR RUSSELL
609-A SOUTH LUMINA AVENUE
WRIGHTSVILLE BEACH, NC 28480

OMA TAYLOR RUSSELL
TOD LOUISE MONTGOMERY
609-A SOUTH LUMINA AVENUE
WRIGHTSVILLE BEACH, NC 28480

JOSEPH T. SAMPLE
PO BOX 388
GARNER, NC 27529-0388

DARLEEN J SAMUELS
PO BOX 385
SNEADS FERRY, NC 28460

RICARDO F SANCHEZ
205 E JIMMY ST
CANDOR, NC 27229

CARL WAYNE SANDLIN
348 N COUNTRY CLUB DR
KENANSVILLE, NC 28649-8926

NEWTON D SASSER JR
PO BOX 100
SNEADS FERRY, NC 28460

ANNETTE W SAULS
10579 NC 50 N
ANGIER, NC 27501

JOANNA C A SCHIMIZZI &
DAVID G SCHIMIZZI JT TEN
8528 CASTLE CLIFF DRIVE
MATTHEWS, NC 28105

SUZANNE K SCHOLTE
3014 CASTLE RD
FALLS CHURCH, VA 22044

MARK J SCHULMAN &
DEBRA SCHULMAN TEN COM
5616 MARSH BAY DR
WILMINGTON, NC 28409

GEORGIA AMERSON SCOTT
18055 NC HWY 210
ROCKY POINT, NC 28457

JAMES L SEAY JR &
MARY E SEAY JT TEN
5410 CROSS CREEK ROAD
WILMINGTON, NC 28403

FRANK SEIFERTH &
DOROTHY SEIFERTH TRUSTEES
232 PAR DR
WILLIAMSBURG, VA 23188

SEIFERTH LIVING TRUST
FRANK/DOROTHY SEIFERTH TRS
232 PAR DRIVE
WILLIAMSBURG, VA 23188

T SCOTT SESSIONS C/F
GRACEANNA SESSIONS UGMA/NC
105 PECAN AVENUE
LAKE WACCAMAW, NC 28450

T SCOTT SESSIONS CUST
SEALY JANE SESSIONS
105 PECAN AVENUE
LAKE WACCAMAW, NC 28450

JERRY SETZER JR CUST
CHARLES SETZER SC UGMA
483 CONNECTICUT AVE
SPARTANBURG, SC 29302

CS SHAW &
GAIL SHAW DJA
109 BLACKBROOK LANE
WILMINGTON, NC 28409

HARRY M. SHAW
217 LISBON ST
CLINTON, NC 28328

JUDY C SHAW
PO BOX 25
FOUR OAKS, NC 27524

GEORGE L SHEETS
BOX 157
SPARTA, NC 28675

JUANITA SHEPARD C/F
TRISTAN COOK UTMA NC
1123 FACTORY RD
HAMPSTEAD, NC 28443

DANIKA L SHOWALTER &
C SHOWALTER TR, C HARGETT
20759 STEAMSIDE PLACE
ASHBURN, VA 20147

EDITH H SILLS
406 SHUNEY STREET
WILMINGTON, NC 28409

MICHAEL SIMON &
JINWEI NUI JT TEN
2974 NORTHEAST 14TH AVENUE
HILLSBORO, OR 97124

CAROLE J SMART
530 LEA DRIVE
HAMPSTEAD, NC 28443

BONNIE SMITH &
ARTHUR J SMITH JT TEN
1261 WASHINGTON ACRES RD
HAMPSTEAD, NC 28443

CHARLES E SMITH &
DORIS J SMITH JT TEN
202 NAVAHO TRAIL
WILMINGTON, NC 28409

DARRYL M SMITH &
CHERYL L SMITH JT TEN
3220 ORCHESTRA CT
APEX, NC 27539

PAUL M SMITH &
MARY L SMITH JT TEN
509 DEER CREEK DRIVE
SWANSBORO, NC 28584-9702

W L SMITH &
MARGARET T SMITH JT TEN
1605 VIKING COURT
WILMINGTON, NC 28405

ANNETTE M SMITH
5013 CROSSWINDS DRIVE
WILMINGTON, NC 28409

CHARLES G. SMITH
454 WOMBLE STREET
OAK ISLAND, NC 28465

JOHN J SMITH
PO BOX 837
ATLANTIC BEACH, NC 28512

MILDRED R SMITH
99 ARN WARD ROAD
WHITEVILLE, NC 28472

SHARON L. SMITH
6603 PROVIDENCE RD
WILMINGTON, NC 28411

SNL FINANCIAL LLC
C/O DANIEL OAKEY
ONE SNL PLAZA BOX 2124
CHARLOTTESVILLE, VA 22902

CAROLYN B SODERS
10315 S OLDE TOWNE WYND SE
LELAND, NC 28451-8414

J. WINTON SOUTHERLAND &
JACKIE SOUTHERLAND JT TEN
166 COUNTRY SQ LANE
JACKSONVILLE, NC 28540-3041

COREY M SOUTHERLAND
410 N BELVEDERE DR
HAMPSTEAD, NC 28443

DONNA B SPEARS C/F
PENN S COMPTON
BOX 963
OXFORD, NC 27565-0963

DONNA B SPEARS CUST
KINSLEY B COMPTON
BOX 963
OXFORD, NC 27565

DONNA BRYAN SPEARS
144 PINE CONE DR
OXFORD, NC 27565

EVELYN H SPENCE
10805 LESLIE DR
RALEIGH, NC 27614

LATESSA A SPIERS CUST
MARY E SPIERS UTMA NC
1611 WINDY RIDGE RD
CHARLOTTE, NC 28270

LATESSA ANN SPIERS
1611 WINDY RIDGE RD
CHARLOTTE, NC 28270-1107

MARSHA SPILLER &
REX D. SIDBURY JT TEN
1658 WATTS LANDING RD
HAMPSTEAD, NC 28443

DONNA M SPIVEY &
TOMMY C SPIVEY JT TEN
1700 SOFTWIND WAY
WILMINGTON, NC 28403

TOMMY C.SPIVEY &
DONNA M. SPIVEY JT TEN
1700 SOFT WIND WAY
WILMINGTON, NC 28403

JOHN B ST LEGER
707 MAIDEN CHOICE LN #7105
CATONSVILLE, MD 21228

MICHAEL D STACEY
413 RIVAGE PROMENADE
WILMINGTON, NC 28412

DAVID W STACK &
MARIE R STACK JT TEN
326 NE 54TH ST
OAK ISLAND, NC 28465

MARIE R STACK
326 NE 54TH ST
OAK ISLAND, NC 28465-4905

JUDITH D STANALAND
1710 BEACH DR SW
CALABASH, NC 28467

MARY P STANFORD CUST
CHRISTOPHER TAYLOR NC UTMA
PO BOX 1236
OAK ISLAND, NC 28465

JAMES C STASIOS &
MARIA M STASIOS JT TEN
424 CAMWAY DRIVE
WILMINGTON, NC 28403

RICHARD A STEINKOPF &
JANE D STEINOPF JT TEN
4308 FIRESIDE COURT
WILMINGTON, NC 28412

HELEN W STEVENS &
KELLY L STEVENS JT TEN
5630 OAK BLUFF LANE
WILMINGTON, NC 28409

TERRY L STEWART
1125 VERANDA CT
LELAND, NC 28451-7790

CHARLES H STOLZE &
CHERYL E STOLZE JT TEN
2240 PROVIDENCE STREET
FALLS CHURCH, VA 22043

CHARLES H STOLZE &
CHERYL STOLZE TEN ENT
2240 PROVIDENCE ST
FALLS CHURCH, VA 22043

SASHA STRICKLAND
1523 34TH ST NW
WASHINGTON, DC 20007

EARL R SWANEY &
LINDA K SWANEY JT TEN
SNEADS FERRY, NC 28460

VILA RAE SWANEY TOD
BRADFORD E SWANEY
PO BOX 102
SNEADS FERRY, NC 28460

WANDA O. SWANSON
199 LANCASHIRE RUN
SMITHFIELD, NC 27577-8028

BOBBY GENE TAYLOR
PO BOX 445
SNEADS FERRY, NC 28460

LINWOOD E TAYLOR
PO BOX 845
SNEADS FERRY, NC 28460

SAM TAYLOR
118 DOGWOOD LANE
SNEADS FERRY, NC 28460

KENYON P TEMPLE
105 RIVER DRIVE
SOUTHPORT, NC 28461

BETHANY M TERRY
121 STONEYBROOK RD
WILMINGTON, NC 28411-7866

THE MARY ANN MATTHEWSON
REV TRUST DTD 3/28/01
6680 BEULAH HILL CHURCH RD
WEST END, NC 27376

LOUIS WALKER THOMAS III &
BONNIE E THOMAS JT TEN
365 BEACON LANE
SNEADS FERRY, NC 28460

DIANE L. THOMAS
92 RED MAPLE DR
PAWLEYS ISLAND, SC 29585

GEORGE THOMAS
PO BOX 324
FOUR OAKS, NC 27524

JOYCE G THOMAS
1410 PENDERGRESS RD
SANFORD, NC 27330

PATRICIA B THOMPSON
109 BAKER ST
WINTERS, CA 95694-1907

JENNIFER W THURSTON
TOD JOHN W THURSTON
309 DEERFIELD ROAD
CASTLE HAYNE, NC 28429

HOLLACE L TIGER
506A SPARTANBURG AVE
CAROLINA BEACH, NC 28428-5209

BONNIE T TOMPKINS C/F
ANTHONY J TOMPKINS UGMA/NC
19521 NC HIGHWAY 210
ROCKY POINT, NC 28457

DOUGLAS M TOMPKINS
PO BOX 11
ENNICE, NC 28623

SUZANNE O TURNER &
BRUCE L TURNER JT TEN
106 LAKE DRIVE
STERLING, VA 20164

WILLIAM R TURNER III &
WILLIAM R TURNER JR JT TEN
5208 CLEAR RUN DRIVE
WILMINGTON, NC 28403

OTIS R TUTER JR
PO BOX 1114
SNEADS FERRY, NC 28460

TWO-TEN INVESTORS INC
ATTN: HARRY M. SHAW
217 LISBON ST
CLINTON, NC 28328

ASHLEY TYLER CUST FBO
JACKSON TYLER UTMA NC
5001 GODFREY WAY
WILMINGTON, NC 28409

R MITCHEL TYLER CUST
JACKSON TYLER UGMA NC
PO BOX 222
LAKE WACCAMAW, NC 28450

DEBORAH F TYMAN
501 HUNT STREET
WHITEVILLE, NC 28472

MARY S URBAN C/F
RICHARD G URBAN UGMA/NC
7890 MARKET STREET
WILMINGTON, NC 28411

MARIO VAILLANCOURT
1125 VERANDA CT
LELAND, NC 28451

DANIEL G VALENTINE &
KAREN K VALENTINE JT TEN
334 ZONNIE LN
HAMPSTEAD, NC 28443-8707

KAREN VALENTINE C/F
BRANDI A YEAGER UGMA/NC
334 ZONNIE LN
HAMPSTEAD, NC 28443-8707

RONALD S VAUGHN &
BELINDA C VAUGH JT TEN
PO BOX 832
SNEADS FERRY, NC 28460

TRAVIS J VEACH
PO BOX 363
SNEADS FERRY, NC 28460

DON W VIETS JR
1227 FOREST DRIVE
WHITEVILLE, NC 28472

CHARLENE F WAGGETT TTEE
CHARLENE WAGGETT REV TRST
612 BAYSHORE DR
WILMINGTON, NC 28411

JOHN D WAGGETT
612 BAYSHORE DRIVE
WILMINGTON, NC 28411

RONNIE C WALKER SR &
RONNIE C WALKER JR JT TEN
204 WEST C STREET
ERWIN, NC 28339

RONNIE C WALKER SR &
BRIAN K WALKER JT TEN
204 WEST C STREET
ERWIN, NC 28339

JERRY W WALLACE
1415 BALLS CREEK RD
CLAREMONT, NC 28610

JASON H WARD &
ANITA J WARD JT TEN
2718 CREEK POINT RD
GRAHAM, NC 27253

JOHN H WARD &
RITA C WARD JT TEN
3035 LEBANAN CHURCH ROAD
CLARENDON, NC 28452

JOAN G WARD
6448 SHINNWOOD ROAD
WILMINGTON, NC 28403

WILLIAM H WARD
DIANNE D WARD JT TEN
744 TAR LANDING ROAD
HOLLY RIDGE, NC 28445

MEREDITH P WARSHAW
1000 EAST 8TH STREET
AUSTIN, TX 78702

JOYCE S WARWICK &
LINDSAY YARBROUGH JT TEN
89 DALES DR
WHITEVILLE, NC 28422

MARGARET S WASHINGTON
1012 REDDING RD
ASHEBORO, NC 27203

ELLEN D WATTS
226 BRIGHTON RD
WILMINGTON, NC 28405

LISA  WAYNE  C/F
JONATHAN WAYNE JR UGMA/NC
805 WOOD COVE ROAD
WILMINGTON, NC 28409

GARY L WEAVER
8111 SCHOONER PLACE
WILMINGTON, NC 28412

G STEVE WEBB &
SARAH B WEBB JT TEN
129 BELL POINTE
SNEADS FERRY, NC 28460

THOMAS C WEBB SR
527 PERU RD
SNEADS FERRY, NC 28460

ELISABETH WECKENMANN C/F
CHASE WECKENMANN UGMA/NC
5316 IVOCET DRIVE
WILMINGTON, NC 28409

HAZEL G WELLS
5061 PENDERLEA HIGHWAY
WILLARD, NC 28478

HENDRICK C WELLS
PO BOX 697
SNEADS FERRY, NC 28460

JOYCE M WENTZ
4104-102 BREEZEWOOD DR
WILMINGTON, NC 28412

KENNETH S WHITE
3412 UPTON COURT
WILMINGTON, NC 28401

EDWARD W. WHITESIDES
2310 WAVERLY DR
WILMINGTON, NC 28403

GWYNNE T WHITLEY C/F
WILLIAM D ALLEN UGMA/NC
3735 PROVIDNECE MANOR ROAD
CHARLOTTE, NC 28270

KIM M. WHITTEN &
CHRISTOPHER WHITTEN JT TEN
3350 WOODCREEK DR
CHARLOTTESVILLE, VA 22911

KIM M WHITTEN C/F
ANNA M WHITTEN UGMA/NC
3350 WOODCREEK DR
CHARLOTTESVILLE, VA 22911

KIM M WHITTEN C/F
TOBYN WHITTEN UGMA/NC
3350 WOODCREEK DR
CHARLOTTESVILLE, VA 22911

KIM M WHITTEN
3350 WOODCREEK DR
CHARLOTTESVILLE, VA 22911

JAMES P WHITTENTON &
MARGARET WHITTENTON JT TEN
1055 TILGHMAN RD
DUNN, NC 28334

DAVID O WHITTENTON JR &
JENNIFER H WHITTENTON JT TEN
608 BUMPAS CREEK RD
DUNN, NC 28334

DAVID O WHITTENTON JR CUST
E DARE WHITTETON NC UTMA
608 BUMPUS CREEK RD
DUNN, NC 28334

ELIZABETH D WHITTENTON
608 BUMPAS CREEK ACCESS
DUNN, NC 28334

HELEN B WILLIAMS C/F
CLAIRE WILLIAMS UTMA/NC
2009 CARRBRIDGE WAY
RALEIGH, NC 27615

HELEN B WILLIAMS CUST
MITCHELL G WILLIAMS UTMA NC
2009 CARRBRIDGE WAY
RALEIGH, NC 27615

ANNETTE WILLIAMS
2132 WOODYARD ROAD
RIEGELWOOD, NC 28456

TERRYCE E WILLIS
911 MAIN STREET
PO BOX 7109
NAVASSA, NC 28451

WILLISTON CORPORATION
ATTN: MANAGING AGENT
1348 SYCAMORE RD
VIRGINIA BEACH, VA 23452-6025

DEBORAH S. WILLOUGHBY
2200 EFFINGHAM CIRCLE
RALEIGH, NC 27615

JEFFREY W WINEGARDNER
422 PINEHURST CIRCLE
HAMPSTEAD, NC 28443

E JUANITA WINNER
TOD ROB R SLAUGHTER
PO BOX 231
CAROLINA BEACH, NC 28428-0231

MORTON N WINTER &
ELLEN S WINTER JT TEN
3910 FAWN CREEK DR
KINGWOOD, TX 77339

WALTER O. WINTER
1105 HARBORWAY PL
WILMINGTON, NC 28405

NATALIE E WISEMAN
119 GREER STREET
DEFIANCE, OH 43512

RICHARD E WITHERSPOON &
KELLY B WITHERSPOON JT TEN
139 DOGWOOD LANE
HAMPSTEAD, NC 28443

ROBIN WOOD CUST
KIMBERLY WOOD NC/UTMA
622 CULLER CT
WILMINGTON, NC 28409

EWELL A WOOLARD &
ESTHER S WOOLARD JT TEN
162 BIGLINGS CREEK RD
SNEADS FERRY, NC 28460

WPL INVESTMENTS LLC
ATTN: MANAGING AGENT
PO BOX 147
PARKTON, NC 28371

DAVID L YANCEY
4164 RIPKEN CIRCLE W
JACKSONVILLE, FL 32224

JOEL B YANCEY
7611 RATHLIN COURT
CHARLOTTE, NC 28270

L CLEMENT YANCEY
BOX 945
OXFORD, NC 27565

CHARLES L YATES &
SANDRA L YATES JT TEN
138 BIGLINGS CREEK RD
SNEADS FERRY, NC 28460

EARL B YATES &
PATSY C YATES JT TEN
120 HILL LANE
SNEADS FERRY, NC 28460

DAVID T YEE &
LAURA L YEE JT TEN
23 MOUNT PLEASANT RD
MORRISTOWN, NJ 07960

RONALD YOPP JR
2211 HWY 172
SNEADS FERRY, NC 28460

RONALD A YOPP SR &
WILMA E YOPP JT TEN
100 SEA TURTLE COVE
SNEADS FERRY, NC 28460